DICONZA TRAURIG KADISH LLP
630 Third Avenue
New York, New York 10017
Gerard DiConza
Lance A. Schildkraut
Tel:  (212) 682-4940
Email:   gdiconza@dtklawgroup.com
             las@dtklawgroup.com

*Proposed Counsel for Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re                                                                  :
                                                                          :          Chapter 11
HI-TEMP SPECIALTY METALS, INC.,           :          Case No. 16-_____
                                                                          :
                                  Debtor.                          :
----------------------------------------------------------------x

## DECLARATION OF JOSEPH SMOKOVICH PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4

JOSEPH SMOKOVICH, being duly sworn, declares as follows:

1.         I am the President and Chief Executive Officer of Hi-Temp Specialty Metals, Inc. ("Hi-Temp" or the "Debtor") and I am authorized to submit this Declaration pursuant to Eastern District of New York Local Bankruptcy Rule 1007-4 in support of the chapter 11 petition filed by Hi-Temp and the relief sought by the Debtor in motions and applications filed contemporaneously with the petition.  Unless otherwise stated, I have personal knowledge of the facts contained herein.

2.         On the date hereof, Hi-Temp filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3.         I am generally familiar with the business and financial condition of the Debtor.  Unless otherwise indicated, all financial information contained herein is

presented on an estimated and unaudited basis.  Hi-Temp is not a "small business debtor" as such term is used under section 101(51D) of the Bankruptcy Code.

A.    Background

4.    Hi-Temp is a privately-held corporation organized under the laws of the State of Delaware.  Hi-Temp is a wholly-owned subsidiary of Hi-Temp Acquisition Corp., Inc. ("HTAC").  As of the Petition Date, Claris Partners, LLC ("Claris"), an entity I own and control,[1] owns 87% of HTAC common stock and the remaining 13% is owned by Larry Stryker, a former employee.  In addition to Hi-Temp, HTAC is the sole shareholder of HT Leasing, Inc. and HT Realty, Inc., non-debtor affiliates of the Debtor.

5.    Hi-Temp was founded in 1982 as a recycler and provider of specialty recycled metals for the then-burgeoning super alloy industry.  The material provided was primarily tungsten and molybdenum, two of the heaviest metals on earth. They are used in areas where high heat tolerances, stress and durability are required.   In the late 1980s, tantalum, another refractory metal, was added to the product mix.

6.    The original model, which still holds true today, is to recycle these metals in a manner that eliminates the need to source material from ore (in mines), and then upgrade the material into pure forms.  Hi-Temp obtained and maintains material approvals from many of the world's largest manufacturers of super alloys where it is authorized and approved to provide scrap and recycled material instead of virgin material.  In this industry, Hi-Temp is the largest manufacturer of such material in the world, and is an essential part of the supply chain for many domestic U.S. manufacturers of precision cast parts.

---

[1]       I own 99% of the membership interests in Claris and my wife, Valerie Smokovich, owns 1%.

7.    In late 1999, I acquired Hi-Temp with a group of investors (and with the original owners maintaining a minority share) for approximately $10MM.  It was located in a small factory building in Southern New Jersey.

8.    Prior to the acquisition of Hi-Temp, I was a former banker, commodities trader, and previously employed for 5 years as the CEO of another recycling company.  Since acquiring Hi-Temp, I have repaid all other investors (approximately, $8 million), and acquired 87% of the shares of HTAC.

9.    Since the acquisition of Hi-Temp, I have invested heavily in equipment, facility and employees, which allowed Hi-Temp to experience unprecedented growth.  Hi-Temp's sales have grown from approximately $25 million to a high of $80 million.

10.    During this period I provided additional financing to the Debtor in the form of a $650,000 interest only loan, deferred salary for more than two years (saving the company $550,000), and absorbed rent increases ($260,000), which continues to this day.

11.    Hi-Temp also opened an office in Hong Kong to take advantage of the fact that so many manufacturers of goods had moved to Asia.[2]  This required Hi-Temp to source overseas in order to supply its domestic and international customer base.  Every ounce of material sourced is processed in the United States, thereby creating a unique niche, since no other company worldwide has the capabilities of Hi-Temp.

12.    In 2009, Hi-Temp moved to a new 60,000 sq. ft. headquarters in Yaphank, New York, and invested more than $7 million into equipment (the debt of

---

[2]    The Hong Kong office is operated through an affiliated entity, Happy Precious Metal Company Ltd. ("HPMC").  HPMC is wholly-owned by me and employs two sales people.

which has all been repaid). Through the move, the Debtor was able to, among other things: increase safety; install state of the art separation and chemical processing technology; increase sales; take advantage of a skilled labor force; and put in place fundamental environmental safeguards to secure a long-lasting and stable operating capability.

13.     Today Hi-Temp possesses all the required permits and approvals from local, state and federal authorities, including world-wide recognition as a "conflict free" provider of metal.

14.     Hi-Temp employs between 20-25 people who have been with Hi-Temp for many years. All employees are all vital to the long term success of the business, many of which are cross-trained in several areas of operations.

B.     <u>Prepetition Indebtedness</u>

15.     The Debtor and Wells Fargo are parties to an Amended and Restated Credit and Security Agreement dated as of July 16, 2010 (as amended, the "<u>Credit Agreement</u>"). Pursuant to the Credit Agreement, the Debtor granted Wells Fargo a security interest in substantially all of the Debtor's assets, securing all current and future obligations of Hi-Temp due to Wells Fargo.

16.     Pursuant to the Credit Agreement, Wells Fargo provided the Debtor with a revolving line of credit for working capital purposes and to facilitate the issuance of letters of credit up to the maximum amount of $22.5 million. As of the Petition Date, the aggregate outstanding principal amount of the indebtedness due Wells Fargo under the Credit Agreement is approximately $13 million (the "<u>Prepetition Obligations</u>").

17.     As a result of dramatic worldwide decrease in commodity prices, Hi-Temp experienced a slump in profitability in fiscal year ending 2015 (May 31, 2015) and for the first time experienced a loss.  As a result of weakness in the market, Hi-Temp failed to meet a technical fixed charge coverage ratio and was declared in default under the Credit Agreement.  Since December 2014, the Debtor and Wells Fargo have entered into a series of amendments and forbearance agreements to the Credit Agreement.

18.     Since 2015, Hi-Temp has slowly turned the corner on its decline in business by instituting many cost saving policies and programs.  Most importantly, Hi-Temp has made great strides in two important areas that bode well for the future.  Hi-Temp has reached out to new markets, especially Japan and Australia (a market that five years ago, was untouched by Hi-Temp), and for that matter, any domestic recycling companies.  This bodes well for our future as Hi-Temp has expanded incremental sales by approximately $20 million.  I believe that as U.S. manufacturing and consumption increases, so will our business.  Secondly, we have developed a completely new supply chain which has allowed us to lower our cost of goods, and to take advantage of new opportunities.

C.     Circumstances Leading to the Debtor's Chapter 11 Case

19.     Unfortunately and notwithstanding great strides by the Debtor in its transition back to profitability, by increasing reserves and reducing categories of eligible inventory, Wells Fargo has materially decreased availability under the line of credit by more than $7 million from historic levels.  In addition, Wells Fargo has requested Hi-Temp's consent to additional restrictions on access to financing, and the senior lender has requested capital contributions and personal guarantees from me.  The

liquidity squeeze has reduced free cash flow a point where Hi-Temp is having trouble making timely payments to key suppliers, employees and other creditors.  During direct negotiations, Wells Fargo has made it clear that it prefers a wind-down or liquidation of the Debtor, which would only benefit Wells Fargo.  Because of Wells Fargo's actions, it has become a daily struggle to maintain sales, pay employees, and continue normal operations.

20.    As a result of Wells Fargo's actions and demands, viability of Hi-Temp's business and continued operations is threatened.  Faced with the potential disruption or shutdown of its business, Hi-Temp had no choice but to seek protection afforded by chapter 11 of the Bankruptcy Code.  Wells Fargo's actions threaten the Debtor's ability to pay all of its creditors and risk the piecemeal liquidation of its assets.

21.    The Debtor filed this chapter 11 case to preserve and maximize its asset values for all its creditors, preserve the jobs of Hi-Temp's employees and afford Hi-Temp the necessary time and statutory tools to reorganize its financial affairs with a new lender or investor.  The Debtor recently retained CohnReznick Capital Markets Securities, LLC ("CRCMS") as investment banker to advise the Debtor with potential new lenders or investors in connection with a new financing, capital contribution or other strategic transaction ("Transaction").  The Debtor, with the assistance of CRCMS, believes that a Transaction can be accomplished in an expedited period of time.  CRCMS has already begun the process of:  1) organizing an online data room to facilitate due diligence; 2) drafting collateral marketing materials to describe the opportunity; 3) compiling potential lenders and investors; and 4) making initial contacts with prospective lenders and investors.

22.    We believe that with access to a normal amount of capital through internal sales, we can once again continue to service our customers and satisfy the more than $20 million in backlogged sales that are booked in our main product lines.  Based on this we believe that in fiscal year 2017, sales will be in the $50 million range and we will once again return to profitability.

23.    Through the protection of the Bankruptcy Code, Hi-Temp will continue to operate in the ordinary course of business while paying its suppliers, employees and other post-petition obligations on a timely basis.  There will be no interruption of service while Hi-Temp undergoes its restructuring in chapter 11.

D.    Other Disclosures Required By Local Rule 1007-4

24.    The Debtor's case was not originally commenced under chapter 7, 9, 12, 13 or 15 of the Bankruptcy Code.

25.    No committee of creditors has been formed in this case to date.

26.    As required by Local Bankruptcy Rule 1007-4(a)(v), a list of the Debtor's twenty (20) largest unsecured creditors is attached hereto as Exhibit "A".

27.    As required by Local Bankruptcy Rule 1007-4(a)(vi), a list of the Debtor's five largest secured creditors is attached hereto as Exhibit "B".

28.    As required by Local Bankruptcy Rule 1007-4(a)(vii), I am attaching as Exhibit "C" Hi-Temp's latest financial statements, including a Balance Sheet, which reflects the Debtor's assets and liabilities.

29.    The Debtor has no publicly traded securities.

30.    As required by Local Bankruptcy Rule 1007-4(a)(ix), the Debtor is not aware of any property being held in the possession or custody of any custodian,

public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for any such entity.

31.     Hi-Temp is currently a party to a lease for nonresidential real property for its premises located at 355 Country Road 101, Yaphank, New York 11980 (the "Premises") with Valerie Realty Ventures, Inc., as landlord ("Landlord").[3] EverBank holds a first mortgage on the Premises pursuant to a mortgage between the Landlord and General Electric Capital Corporation, which loan and mortgage was assigned to EverBank.  Monthly rent is $47,250 plus taxes and utilities.  HTAC is a guarantor on the EverBank mortgage.

32.     The Debtor's significant assets, books and records are located at the Premises.

33.     Attached hereto as Exhibit "D" is a schedule of lawsuits currently pending where the Debtor is a party.

34.     As of May 31, 2016, the officers of Hi-Temp are as follows:  I am the President and Chief Executive Officer and my responsibilities include managing the day-to-day operations of the Debtor.  Evan Smokovich is a salesman for the Debtor and his responsibilities include worldwide sales.  John Stanislaw is the Plant Manager and his responsibilities include daily plant operations and control.  Kristin Dluginski is the Controller and her responsibilities include overall management of accounts of the business.

35.     As required by Local Bankruptcy Rule 1007-4(a)(xiv), the estimated weekly payroll to Hi-Temp employees (excluding Hi-Temp's officers and directors) is approximately $30,000.  As required by Local Bankruptcy Rule 1007-

---

[3]     My wife owns 99% of the shares of Valerie Realty Ventures, Inc. and I own 1%.

4(a)(xv), the estimated amount Hi-Temp will pay officers and directors during the 30 day period following the Petition Date is approximately $80,000.

36.      As required by Local Bankruptcy Rule 1007-4(a)(xvi), Hi-Temp anticipates cash receipts of approximately $3.7 million for the thirty (30) day period following the Petition Date and disbursements of approximately $3.5 million to suppliers, vendors, utilities, insurance, employees and other expenses.

I hereby declare, pursuant to section 1746 of title 28 of the United States Code, that the foregoing is true to the best of my knowledge, information and belief.

Dated: June 22, 2016
           Yaphank, New York

_____
Joseph Smokovich

EXHIBIT "A"

DEBTOR'S TWENTY (20) LARGEST UNSECURED CREDITORS

| | Vendor | Account No. | Bill from | Primary Contact | Balance Total |
|---|---|---|---|---|---|
| 1 | FIR Metal & Resource Co. LTD | | FIR Metal & Resource Co. LTD Ocean Tower, 550 Yanan Road E Shanghai China 200001 | | $605,000.00 |
| 2 | Dainen Malaysia SDN. BHD-Vendor | | Dainen Malaysia SDN. BHD Suite 33, Level 15-1 Menara 1 Mont Kiara No. 1 Jalan Kiara, Mont Kiara 50480 Kula Lumpur, Malaysia Attn: Liu Haijing | | $556,662.81 |
| 3 | Guangdong Zhiyuan New Material Co. Ltd | | Guangdong Zhiyuan New Material Co. Ltd Room A 608, Winner Plaza No. 100, Huangpu Rd. Guangzhou, 510627, China | | $492,000.00 |
| 4 | LKAB Minerals | | LKAB Minerals 3407 CHINA RESOURCES BUILDING 26 HARBOUR ROAD WANCHAI HONG KONG CHINA | John Engel | $355,420.00 |
| 5 | Globe Metal | | Globe Metal 1545 1 Avenue, C.P 89 Ville Ste-Catherine, QC J5C 1C5 Canada Josh Lifshitz | Josh Lifshitz | $333,341.35 |
| 6 | HC Starck, Inc - Coldwater MI | | HC Starck, Inc 450 Jay St Coldwater, MI 49036 Mary Yeakey | | $280,378.50 |
| 7 | Zhuzhou Cemented Carbide Works I&E Co. | | Zhuzhou Cemented Carbide Works I&E Co. ZhuZhou, Hunan China 412000 | | $245,700.00 |
| 8 | China National Nonferrous Metals | | China National Nonferrous Metals Imp. & Exp. Jianxi Co., Ltd. 20th Fl. Chunhe Bldg. 188 Torch St, Nanchang, China ATTN: Manager of Dept. 1 | | $244,000.00 |
| 9 | Tosoh SMD Inc. | | Tosoh SMD Inc. 3600 Gantz Road Grove City, OH 43123 | | $210,873.60 |
| 10 | Jiangsu Fengfeng Tungsten & Moly. Product | | Jiangsu Fengfeng Tungsten & Moly Products 668# Fengfeng Road Dongtai 224200 | | $190,000.00 |
| 11 | Pentagon | | Pentagon Technologies PO Box 24162 Seattle, WA 98124-1162 | | $171,348.00 |
| 12 | AMG Advanced Metallurgical Group N.V. | | AMG Advanced Metallurgical Group N.V. BR 383, km 94 Sao Joao del Rei, MG 36.302-812 Brasil Sergio Hallak | | $140,000.00 |
| 13 | VISHAY ISRAEL | | VISHAY ISRAEL PO BOX 87 86100 DIMONA ISRAEL | Tanya Volkov | $119,637.33 |
| 14 | Intel Resale Corp. | | Intel Resale Corp. Michelle Fenton 5000 W Chandler Blvd Chandler, AZ 85225 | | $67,794.66 |
| 15 | NORRIS MCLAUGHLIN & MARCUS, PA | | NORRIS MCLAUGHLIN & MARCUS, PA 721 ROUTE 202-206 SUITE 200 P.O. BOX 5933 BRIDGEWATER, NJ 08807-5933 | | $59,130.11 |
| 16 | B & R MECHANICAL, INC. | | B & R MECHANICAL, INC. 16 SAWGRASS DRIVE SUITE 1 BELLPORT, NY 11713 | | $39,997.84 |
| 17 | Johns Manville-Tucson | | Johns Manville 6455 N Thornydale Road Tucson, AZ 85741 Attn: Jennifer DeShazo | Barry Bagley | $36,085.00 |
| 18 | DenTech Incorporated | | DenTech Incorporated 1975 North Reading Road Denver, PA 17517 | | $35,573.15 |
| 19 | AMERICAN EXPRESS | 3715-304130-14009 | AMERICAN EXPRESS PO BOX 1270 NEWARK, NJ 07101-0114 | | $33,147.24 |
| 20 | ReedSmith LLP | | ReedSmith LLP Three Logan Square Suite 3100 1717 Arch Street Philadelphia, PA 19103 | | $28,156.13 |
| 21 | Evans Analytical Group LLC | | Evans Analytical Group LLC C/O EAG INC. PO Box 203544 Dallas, TX 75320-3544 | | $21,132.50 |
| 22 | CNA  Insurance | | CNA Insurance PO BOX 790094 St Louis, MO 63179-0094 | | $20,736.41 |
| 23 | PSE & G | | PSE & G P. O. BOX 9039 Hicksville, NY 11802-9039 | | $18,860.66 |
| 24 | Johns Manville- Willows | | Johns Manville- Willows 6455 N Thornydale Road Tucson, AZ 85741 Attn: Jennifer DeShazo | | $17,911.25 |
| 25 | UPS FREIGHT | | UPS / UPS SCS Chicago 28013 Network Place Chicago, IL 60673-1280 | | $17,457.47 |
| 26 | VECKRIDGE CHEMICAL CO., INC. | | VECKRIDGE CHEMICAL CO., INC. 60-70 CENTRAL AVE SO. KEARNY, NJ 07032 | Marty | $16,889.00 |
| 27 | Jay Hoehl Inc. | | Jay Hoehl Inc. 3334 W. McDowell Rd. #17 Phoenix, AZ 85009 Jay Hoehl | | $14,654.64 |
| 28 | ENVIRONMENT & SAFETY SOLUTIONS, INC. | | ENVIRONMENT & SAFETY SOLUTIONS, INC. 120 Main St SUITE 201 Hightown, NJ 08520 | Pete Downing | $13,999.09 |
| 29 | Calibre Group | | Calibre Group 707 Grant Street, Suite 2320 Pittsburgh, PA 15219 | | $13,912.99 |
| 30 | Protech Materials | | Protech Materials, Inc. Larry Liu 20919 Cabot Blvd Hayward, CA 94545 USA | Larry Liu | $12,765.00 |

EXHIBIT "B"

DEBTOR'S FIVE LARGEST SECURED CREDITORS

| Creditor | Nature of Lien | Amount of Claim | C U D (If contingent, enter C; if unliquidated, enter U; if disputed, enter D.) |
|---|---|---|---|
| Wells Fargo Bank, N.A. c/o Wells Fargo Capital Finance One South Broad Street PNB Building, 3rd Floor Philadelphia, Pa. 19107 | Lien on substantially all Debtor assets | $13mm | D |
| U.S. Bank Equipment Finance 1310 Madrid Street Marshall, MN 56258 | Lien on certain equipment | $85k | |

EXHIBIT "C"

HI-TEMP FINANCIAL STATEMENTS

March 2016



**Hi-Temp Specialty Metals, Inc.**
**Balance Sheet**
03/31/16

**ASSETS**

| | Actual | Previous Year | Variance |
|---|---|---|---|
| **Current Assets:** | | | |
| Cash | (12,059.94) | (47,445.48) | 35,385.54 |
| Accounts Receivable | 5,756,787.63 | 9,788,809.96 | (4,032,022.33) |
| Tax Refund Receivable | - | 3,892.16 | (3,892.16) |
| Inventory | 19,298,952.87 | 21,064,618.16 | (1,765,665.29) |
| Employee Loan | 12,432.91 | 121,135.78 | (108,702.87) |
| Prepaid Expenses and Taxes | 355,170.47 | 1,023,129.91 | (667,959.44) |
| **Total Current Assets** | 25,411,283.94 | 31,954,140.49 | (6,542,856.55) |
| **Fixed Assets:** | | | |
| Office Equipment | 340,581.15 | 340,581.15 | - |
| Plant Equipment | 7,060,114.57 | 6,849,956.87 | 210,157.70 |
| Leasehold Improvements | 3,882,462.93 | 3,825,767.22 | 56,695.71 |
| Construction in Progress | 294,317.74 | 266,853.41 | 27,464.33 |
| | 11,577,476.39 | 11,283,158.65 | 294,317.74 |
| Less:Accumulated Depreciation | 7,574,526.88 | 6,594,181.20 | 980,345.68 |
| **Net Fixed Assets** | 4,002,949.51 | 4,688,977.45 | (686,027.94) |
| **Other Assets:** | | | |
| Deposits | 41,000.41 | 41,000.41 | - |
| Finance and Merger Costs-Net | - | - | - |
| Goodwill-Net | 3,189,566.61 | 3,189,566.61 | - |
| Intercompany Receivable-HT Realty | 88,440.74 | 88,440.74 | - |
| Due From Sub-Valerie Realty | - | - | - |
| Due from GE | - | - | - |
| Due from Aurora Metals | 282,379.58 | - | 282,379.58 |
| **Total Other Assets** | 3,601,387.34 | 3,319,007.76 | 282,379.58 |
| **Total Assets** | 33,015,620.79 | 39,962,125.70 | (6,946,504.91) |

*For internal management use only*

Hi-Temp Specialty Metals, Inc.



Hi-Temp Specialty Metals, Inc.
**Balance Sheet**
03/31/16

**LIABILITIES AND EQUITY**

| | Actual | Previous Year | Variance |
|---|---|---|---|
| **Current Liabilities:** | | | |
| Accounts Payable | 5,550,884.74 | 5,147,550.39 | 403,334.35 |
| Loan - UPS Capital Financing | - | 157,866.70 | (157,866.70) |
| Loan - W/C Wells Fargo Bank | 15,343,873.08 | 20,140,421.22 | (4,796,548.14) |
| Wages and Payroll Taxes Payable | - | - | - |
| Accrued Expenses | 49,229.37 | 67,578.76 | (18,349.39) |
| Deferred Rent | 477,555.00 | 432,383.00 | 45,172.00 |
| Unearned Revenue | - | - | - |
| Deferred Income Tax | 1,143,454.00 | 1,780,551.00 | (637,097.00) |
| Accrued Income Taxes | - | 32,253.58 | (32,253.58) |
| Capital Lease Obligations - Current Portion | - | - | - |
| **Total Current Liabilities** | 22,564,996.19 | 27,758,604.65 | (5,193,608.46) |
| | | | |
| **Long Term Liabilities:** | | | |
| Due to Hi-Temp Acquisition Corp. | 2,334,984.00 | 2,334,984.00 | - |
| Due to Claris Partners | - | - | - |
| Due to Valerie Realty | - | - | - |
| LT Seller Notes | 648,999.93 | 648,999.93 | - |
| Capital Lease Obligations | - | - | - |
| **Total Long Term Liabilities** | 2,983,983.93 | 2,983,983.93 | - |
| | | | |
| **Total Liabilities** | 25,548,980.12 | 30,742,588.58 | (5,193,608.46) |
| | | | |
| **Capital:** | | | |
| Common Stock | 60.00 | 60.00 | - |
| Paid In Capital | (2,208,321.89) | (2,208,321.89) | - |
| Retained Earnings | 10,778,353.03 | 11,290,754.85 | (512,401.82) |
| Net Income (Loss) | (1,103,450.47) | 137,044.16 | (1,240,494.63) |
| **Total Stockholders' Equity** | 7,466,640.67 | 9,219,537.12 | (1,752,896.45) |
| | | | |
| **Total Liabilities and Equity** | 33,015,620.79 | 39,962,125.70 | (6,946,504.91) |

*For internal management use only.*

**Hi-Temp Specialty Metals, Inc.**
**Income Statement**
For the Month Ended March

*For internal management use only*

| | Year to Date | | | | | | | Current Month | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | % to Sales | Budget | Variance | Last YTD | % to Sales | Variance | Actual | Budget | Variance | Last Year | Variance |
| Revenue | 40,474,763.35 | 100.0% | 44,892,500.00 | (4,417,736.65) | 46,580,804.78 | 100.0% | (6,106,041.43) | 3,739,423.73 | 4,489,250.00 | (749,826.27) | 4,386,738.06 | (647,314.33) |
| Cost of Goods Sold | 35,516,777.73 | 87.8% | 38,559,066.67 | (3,042,288.94) | 40,377,747.18 | 86.7% | (4,860,969.45) | 3,112,735.50 | 3,865,906.67 | (743,171.17) | 3,932,783.28 | (820,047.78) |
| Gross Margin | 4,957,985.62 | 12.2% | 6,333,433.33 | (1,375,447.71) | 6,203,057.60 | 13.3% | (1,245,071.98) | 626,688.23 | 633,343.33 | (6,655.10) | 453,954.78 | 172,733.45 |
| Operating Expenses: | | | | | | | | | | | | |
| Plant and Lab | 1,392,919.09 | 3.4% | 1,715,333.33 | (322,414.24) | 1,538,281.16 | 3.3% | (145,362.07) | 190,817.72 | 171,533.33 | 19,284.39 | 161,168.44 | 29,649.28 |
| Selling, G&A | 3,283,952.90 | 8.1% | 3,227,583.33 | 56,369.57 | 3,688,582.53 | 7.9% | (404,629.63) | 365,984.07 | 322,758.33 | 43,225.74 | 348,770.76 | 17,213.31 |
| Depreciation and Amortization | 802,233.84 | 2.0% | 764,166.67 | 38,067.17 | 765,454.20 | 1.6% | 36,779.64 | 80,223.50 | 76,416.67 | 3,806.83 | 76,545.42 | 3,678.08 |
| Total Operating Expenses | 5,479,105.83 | 13.5% | 5,707,083.33 | (227,977.50) | 5,992,317.89 | 12.9% | (513,212.06) | 637,025.29 | 570,708.33 | 66,316.96 | 586,484.62 | 50,540.67 |
| Income From Operations | (521,120.21) | -1.3% | 626,350.00 | (1,147,470.21) | 210,739.71 | 0.5% | (731,859.92) | (10,337.06) | 62,635.00 | (72,972.06) | (132,529.84) | 122,192.78 |
| Management Fee | 0.00 | 0.0% | 0.00 | 0.00 | 0.00 | 0.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Miscellaneous Income | 634.76 | 0.0% | 0.00 | 634.76 | 389,280.18 | 0.8% | 10,000.00 | 34.20 | 0.00 | 34.20 | 0.00 | 34.20 |
| Earnings Before Interest | (520,485.45) | -1.3% | 626,350.00 | (1,146,835.45) | 600,019.89 | 1.3% | (721,859.92) | (10,302.86) | 62,635.00 | (72,937.86) | (132,529.84) | 122,226.98 |
| Interest Expense (Net) | 582,965.02 | 1.4% | 437,500.00 | 145,465.02 | 430,691.54 | 0.9% | 152,273.48 | 60,220.58 | 43,750.00 | 16,470.58 | 51,145.35 | 9,075.23 |
| Income Taxes | 0.00 | 0.0% | 75,540.00 | (75,540.00) | 32,284.19 | 0.1% | (32,284.19) | 0.00 | 7,554.00 | (7,554.00) | (81,184.10) | 81,184.10 |
| Net Income | (1,103,450.47) | -2.7% | 113,310.00 | (1,216,760.47) | 137,044.16 | 0.3% | (841,849.21) | (70,523.44) | 11,331.00 | (81,854.44) | 102,491.09 | 31,967.65 |
| EBITDA | 281,748.39 | 0.7% | 1,390,516.67 | (1,108,768.28) | 1,365,474.09 | 2.9% | (685,080.28) | 69,920.64 | 139,051.67 | (69,131.03) | (55,984.42) | 125,905.06 |

Hi-Temp Specialty Metals, Inc.
**Income Statement Support Schedules**
For the Month Ended March

*For internal management use only*

March 2016

| | Year to Date | | | | | | | Current Month | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | % to Sales | Budget | Variance | Last YTD | % to Sales | Variance | Actual | Budget | Variance | Last Year | Variance |
| **Revenues:** | | | | | | | | | | | | |
| Sales - Niobium Scrap | 122,447.20 | 0.3% | 0.00 | 122,447.20 | 21,390.00 | 0.0% | 101,057.20 | 66,000.00 | 0.00 | 66,000.00 | 4,638.00 | 61,362.00 |
| Sales - Molybdenum Scrap | 7,075,663.49 | 17.5% | 9,833,333.33 | (2,758,269.84) | 10,388,776.65 | 22.3% | (3,313,713.16) | 774,037.30 | 983,333.33 | (209,296.03) | 911,570.02 | (137,532.72) |
| Sales - Tungsten Scrap | 3,736,819.29 | 9.2% | 4,971,666.67 | (1,234,847.38) | 5,184,317.09 | 11.1% | (1,447,497.80) | 436,634.50 | 497,166.67 | (60,532.17) | 318,257.59 | 118,376.91 |
| Sales - Tantalum Scrap | 23,136,727.99 | 57.2% | 26,965,833.33 | (3,829,105.34) | 28,236,605.63 | 60.8% | (5,099,877.64) | 2,462,751.93 | 2,696,583.33 | (233,831.40) | 2,761,733.45 | (298,981.52) |
| Sales - Tantalum Oxide | 4,240,659.39 | 10.5% | 2,205,000.00 | 2,035,659.39 | 1,798,351.87 | 3.9% | 2,442,307.52 | 0.00 | 220,500.00 | (220,500.00) | 46,400.00 | (46,400.00) |
| Sales - Tantalum Hydride | 0.00 | 0.0% | 0.00 | 0.00 | 0.00 | 0.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sales - Targets | 2,137,682.57 | 5.3% | 0.00 | 2,137,682.57 | 55,907.27 | 0.1% | 2,081,775.30 | 0.00 | 0.00 | 0.00 | 400.00 | (400.00) |
| Sales - Miscellaneous | 10,793.78 | 0.0% | 500,000.00 | (489,206.22) | 551,480.77 | 1.2% | (540,686.99) | 0.00 | 50,000.00 | (50,000.00) | 0.00 | 0.00 |
| Sales - Toll Conversion | 2,736.00 | 0.0% | 416,666.67 | (413,930.67) | 343,975.50 | 0.7% | (341,239.50) | 0.00 | 41,666.67 | (41,666.67) | 343,738.00 | (343,738.00) |
| Sales - Metals | 331.07 | 0.0% | 0.00 | 331.07 | 331.07 | 0.0% | 331.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sales - Escrap | 11,502.57 | 0.0% | 0.00 | 11,502.57 | 0.00 | 0.0% | 11,502.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Revenues** | 40,474,763.35 | 1.00 | 44,892,500.00 | (4,417,736.65) | 46,580,804.78 | 1.00 | (6,106,041.43) | 3,739,423.73 | 4,489,250.00 | (749,826.27) | 4,386,738.06 | (647,314.33) |
| | | | | | | | | | | | | |
| **Cost of Goods Sold:** | | | | | | | | | | | | |
| Niobium | 136,227.76 | 0.3% | 0.00 | 136,227.76 | 17,934.10 | 0.0% | 118,293.66 | 64,323.96 | 0.00 | 64,323.96 | 3,926.20 | 60,397.76 |
| Molybdenum | 6,276,622.92 | 15.5% | 8,846,666.67 | (2,570,043.75) | 9,446,576.12 | 20.3% | (3,169,953.20) | 619,749.64 | 886,666.67 | (266,917.03) | 954,699.86 | (334,950.22) |
| Tungsten | 2,910,118.73 | 7.2% | 4,076,766.67 | (1,166,647.94) | 4,300,325.09 | 9.2% | (1,390,206.36) | 362,183.88 | 407,676.67 | (45,492.79) | 265,628.79 | 96,555.09 |
| Tantalum | 19,271,980.87 | 47.6% | 22,651,300.00 | (3,379,319.13) | 23,594,269.52 | 50.7% | (4,322,288.65) | 1,957,065.66 | 2,265,130.00 | (308,064.34) | 2,566,268.08 | (609,202.42) |
| Tantalum Oxide | 3,858,414.53 | 9.5% | 1,639,333.33 | 2,219,081.20 | 1,692,073.59 | 3.6% | 2,166,340.94 | 0.00 | 163,933.33 | (163,933.33) | 48,797.36 | (48,797.36) |
| Tantalum Hydride | 0.00 | 0.0% | 0.00 | 0.00 | 0.00 | 0.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Targets | 2,075,501.42 | 5.1% | 0.00 | 2,075,501.42 | 43,363.10 | 0.1% | 2,032,138.32 | 0.00 | 0.00 | 0.00 | 209.53 | (209.53) |
| Outsourced Conversion | 201,392.29 | 0.5% | 116,666.67 | 84,725.62 | 122,101.09 | 0.3% | 79,291.20 | 19,309.68 | 11,666.67 | 7,643.01 | 26,556.00 | (7,246.32) |
| Miscellaneous | 2,128.00 | 0.0% | 208,333.33 | (206,205.33) | 133,642.64 | 0.3% | (131,514.64) | 0.00 | 20,833.33 | (20,833.33) | 193.00 | (193.00) |
| Metals | 331.07 | 0.0% | 0.00 | 331.07 | 331.07 | 0.0% | 331.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Escrap | 4,998.39 | 0.0% | 0.00 | 4,998.39 | 0.00 | 0.0% | 4,998.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Freight-In | 594,023.74 | 1.5% | 750,000.00 | (155,976.26) | 768,526.61 | 1.6% | (174,502.87) | 66,352.91 | 75,000.00 | (8,647.09) | 44,505.79 | 21,847.12 |
| Freight-Out | 171,038.01 | 0.4% | 250,000.00 | (78,961.99) | 244,935.32 | 0.5% | (73,897.31) | 23,749.77 | 25,000.00 | (1,250.23) | 21,998.67 | 1,751.10 |
| **Cost of Goods Sold** | 35,516,777.73 | 0.88 | 38,559,066.67 | (3,042,288.94) | 40,377,747.18 | 0.87 | (4,860,969.45) | 3,112,735.50 | 3,855,906.67 | (743,171.17) | 3,532,763.28 | (420,047.78) |
| | | | | | | | | | | | | |
| **Depreciation and Amortization:** | | | | | | | | | | | | |
| Depreciation- | | | | | | | | | | | | |
| Plant | 267,124.00 | 0.7% | 233,333.33 | 33,790.67 | 232,095.00 | 0.5% | 35,029.00 | 26,712.50 | 23,333.33 | 3,379.17 | 23,209.50 | 3,503.00 |
| Leasehold | 508,179.84 | 1.3% | 504,166.67 | 4,013.17 | 506,429.20 | 1.1% | 1,750.64 | 50,818.00 | 50,416.67 | 401.33 | 50,642.92 | 175.08 |
| Office | 26,930.00 | 0.1% | 26,666.67 | 263.33 | 26,930.00 | 0.1% | 0.00 | 2,693.00 | 2,666.67 | 26.33 | 2,693.00 | 0.00 |
| **Total Depreciation** | 802,233.84 | 2.0% | 764,166.67 | 38,067.17 | 765,454.20 | 1.6% | 36,779.64 | 80,223.50 | 76,416.67 | 3,806.83 | 76,545.42 | 3,678.08 |
| | | | | | | | | | | | | |
| Amortization- | 0.00 | 0.0% | 0.00 | 0.00 | 0.00 | 0.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Amortization** | 0.00 | 0.0% | 0.00 | 0.00 | 0.00 | 0.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | | | |
| **Total Depreciation & Amortization** | 802,233.84 | 2.0% | 764,166.67 | 38,067.17 | 765,454.20 | 1.6% | 36,779.64 | 80,223.50 | 76,416.67 | 3,806.83 | 76,545.42 | 3,678.08 |

Hi-Temp Specialty Metals, Inc.
Income Statement Support Schedules
For the Month Ended March

| | Year to Date | | | | | | | Current Month | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Actual | % to Sales | Budget | Variance | Last YTD | % to Sales | Variance | Actual | Budget | Variance | Last Year | Variance |
| **Plant and Lab Expenses:** | | | | | | | | | | | | |
| **Plant:** | | | | | | | | | | | | |
| Packaging | 75,741.65 | 0.2% | 58,333.33 | 17,408.32 | 64,157.13 | 0.1% | 11,584.52 | 12,353.09 | 5,833.33 | 6,519.76 | 6,282.80 | 6,070.29 |
| Export Expense | 0.00 | 0.0% | 3,083.33 | (3,083.33) | 3,707.37 | 0.0% | (3,707.37) | 0.00 | 308.33 | (308.33) | 0.00 | 0.00 |
| Commissions | 41,978.38 | 0.1% | 116,666.67 | (74,688.29) | 107,982.80 | 0.2% | (66,004.42) | 9,981.00 | 11,666.67 | (1,685.67) | 2,520.00 | 7,461.00 |
| Inventory Variance | (216,514.81) | -0.5% | 0.00 | (216,514.81) | (378,745.18) | -0.8% | 162,230.37 | 0.00 | 0.00 | 0.00 | 6.36 | (6.36) |
| Gas & Electric | 310,150.46 | 0.8% | 194,500.00 | 115,650.46 | 272,132.64 | 0.6% | 38,017.82 | 34,016.52 | 19,450.00 | 14,566.52 | 25,451.05 | 8,565.47 |
| Plant Wages | 444,825.76 | 1.1% | 509,416.67 | (64,590.91) | 577,177.26 | 1.2% | (132,351.50) | 69,545.07 | 50,941.67 | 18,603.40 | 64,389.39 | 5,155.68 |
| Acids & Chemicals | 49,388.62 | 0.1% | 85,416.67 | (36,028.05) | 93,564.06 | 0.2% | (44,175.44) | 1,611.00 | 8,541.67 | (6,930.67) | 6,027.00 | (4,416.00) |
| Propane & Gases | 9,566.10 | 0.0% | 16,666.67 | (7,100.57) | 16,801.69 | 0.0% | (7,235.59) | 1,595.12 | 1,666.67 | (71.55) | 1,382.10 | 213.02 |
| Landfill | 46,691.88 | 0.1% | 66,666.67 | (19,974.79) | 78,919.88 | 0.2% | (32,228.00) | 8,240.83 | 6,666.67 | 1,574.16 | 10,011.69 | (1,770.86) |
| Plant Safety | 80,252.25 | 0.2% | 108,333.33 | (28,081.08) | 105,378.39 | 0.2% | (25,126.14) | 8,205.32 | 10,833.33 | (2,628.01) | 3,514.57 | 4,690.75 |
| Outside Labor | 78,252.62 | 0.2% | 16,666.67 | 61,585.95 | 33,646.99 | 0.1% | 44,605.63 | 2,727.66 | 1,666.67 | 1,060.99 | 0.00 | 2,727.66 |
| Miscellaneous Plant | 1,012.32 | 0.0% | 3,333.33 | (2,321.01) | 3,729.78 | 0.0% | (2,717.46) | 108.40 | 333.33 | (224.93) | 97.00 | 11.40 |
| Forklift Expense | 5,460.00 | 0.0% | 5,833.33 | (373.33) | 6,139.75 | 0.0% | (679.75) | 1,348.03 | 583.33 | 764.70 | 1,289.70 | 58.33 |
| Equipment Rental-Plant | 9,841.43 | 0.0% | 4,583.33 | 5,258.10 | 4,616.50 | 0.0% | 5,224.93 | 2,378.03 | 458.33 | 1,919.70 | 923.30 | 1,454.73 |
| Repairs and Maintenance: | | | | | | | | | | | | |
| Parts | 191,713.50 | 0.5% | 250,000.00 | (58,286.50) | 245,360.84 | 0.5% | (53,647.34) | 18,999.16 | 25,000.00 | (6,000.84) | 18,502.03 | 497.13 |
| Outside Labor | 23,001.91 | 0.1% | 104,166.67 | (81,164.76) | 133,962.61 | 0.3% | (110,960.70) | 2,349.99 | 10,416.67 | (8,066.68) | 9,875.49 | (7,525.50) |
| Grounds and Building | 18,335.56 | 0.0% | 20,833.33 | (2,497.77) | 24,765.22 | 0.1% | (6,429.66) | 1,375.00 | 2,083.33 | (708.33) | 260.00 | 1,115.00 |
| Total Repairs & Maint. | 233,050.97 | 0.6% | 375,000.00 | (141,949.03) | 404,088.67 | 0.9% | (171,037.70) | 22,724.15 | 37,500.00 | (14,775.85) | 28,637.52 | (5,913.37) |
| **Total Plant Expense** | 1,169,697.63 | 2.9% | 1,564,500.00 | (394,802.37) | 1,393,297.73 | 3.0% | (223,600.10) | 174,834.22 | 156,450.00 | 18,384.22 | 150,532.48 | 24,301.74 |
| **Lab Expense:** | | | | | | | | | | | | |
| Lab- Supplies | 0.00 | 0.0% | 5,000.00 | (5,000.00) | 8,916.20 | 0.0% | (8,916.20) | 0.00 | 500.00 | (500.00) | 0.00 | 0.00 |
| Lab- Outside Fees | 223,221.46 | 0.6% | 145,833.33 | 77,388.13 | 136,067.23 | 0.3% | 87,154.23 | 15,983.50 | 14,583.33 | 1,400.17 | 10,635.96 | 5,347.54 |
| **Total Lab Expense** | 223,221.46 | 0.6% | 150,833.33 | 72,388.13 | 144,983.43 | 0.3% | 78,238.03 | 15,983.50 | 15,083.33 | 900.17 | 10,635.96 | 5,347.54 |
| **Total Plant and Lab** | 1,392,919.09 | 3.4% | 1,715,333.33 | (322,414.24) | 1,538,281.16 | 3.3% | (145,362.07) | 190,817.72 | 171,533.33 | 19,284.39 | 161,168.44 | 29,649.28 |

For external management use only.

March 2016

## Hi-Temp Specialty Metals, Inc.
### Income Statement Support Schedules
#### For the Month Ended March

*For internal management use only*

| Selling G&A Expenses: | Actual (YTD) | % to Sales | Budget | Variance | Last YTD | % to Sales | Variance | Actual (CM) | Budget (CM) | Variance | Last Year | Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Office Bonuses | 0.00 | 0.0% | 0.00 | 0.00 | 0.00 | 0.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Salaries Officers | 220,872.68 | 0.5% | 229,166.67 | (8,293.99) | 222,980.89 | 0.5% | (2,108.21) | 26,442.35 | 22,916.67 | 3,525.68 | 26,442.35 | 0.00 |
| Salaries Officers | 518,515.52 | 1.3% | 504,233.33 | 14,282.19 | 704,876.44 | 1.5% | (186,360.92) | 62,026.91 | 50,423.33 | 11,603.58 | 75,265.30 | (13,238.39) |
| Salaries Office | 7,514.99 | 0.0% | 0.00 | 7,514.99 | 0.00 | 0.0% | 7,514.99 | 1,972.14 | 0.00 | 1,972.14 | 0.00 | 1,972.14 |
| Outside Office Labor | 811.00 | 0.0% | 0.00 | 811.00 | 0.00 | 0.0% | 811.00 | 110.57 | 0.00 | 110.57 | 0.00 | 110.57 |
| Copier Expense | 25,832.46 | 0.1% | 33,333.33 | (7,500.87) | 36,763.72 | 0.1% | (10,931.26) | 1,372.88 | 3,333.33 | (1,960.45) | 3,373.65 | (2,000.77) |
| Office Supplies | 13,113.77 | 0.0% | 13,333.33 | (219.56) | 13,014.84 | 0.0% | 98.93 | 1,626.34 | 1,333.33 | 293.01 | 586.76 | 1,039.58 |
| Postage | 285,385.55 | 0.7% | 145,833.33 | 139,552.22 | 195,869.15 | 0.4% | 89,516.40 | 12,772.82 | 14,583.33 | (1,810.51) | 7,323.20 | 5,449.62 |
| Professional Fees | 4,977.53 | 0.0% | 5,833.33 | (855.80) | 5,813.97 | 0.0% | (836.44) | 535.29 | 583.33 | (48.04) | 1,019.13 | (483.84) |
| Payroll Expense | 134,227.47 | 0.3% | 104,166.67 | 30,060.80 | 82,645.42 | 0.2% | 51,582.05 | 30,300.96 | 10,416.67 | 19,884.29 | 3,607.58 | 26,693.38 |
| Bank Charges | 20,447.60 | 0.1% | 41,666.67 | (21,219.07) | 46,582.12 | 0.1% | (26,134.52) | 0.00 | 4,166.67 | (4,166.67) | 4,560.51 | (4,560.51) |
| Miscellaneous Office | 7,658.14 | 0.0% | 8,333.33 | (675.19) | 8,970.83 | 0.0% | (1,312.69) | 248.29 | 833.33 | (585.04) | 134.10 | 114.19 |
| Computer Consulting | 5,153.92 | 0.0% | 0.00 | 5,153.92 | 4,438.74 | 0.0% | 715.18 | 198.83 | 0.00 | 198.83 | 381.57 | (182.74) |
| Advertising | 2,330.50 | 0.0% | 12,500.00 | (10,169.50) | 24,971.26 | 0.1% | (22,640.76) | 270.53 | 1,250.00 | (979.47) | 75.00 | 195.53 |
| Computer Repairs & Maint | 0.00 | 0.0% | 0.00 | 0.00 | 0.00 | 0.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Equipment Rental-Office | 0.00 | 0.0% | 0.00 | 0.00 | 0.00 | 0.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Rent | 394,680.00 | 1.0% | 395,833.33 | (1,143.33) | 391,005.00 | 0.8% | 3,685.00 | 39,469.00 | 39,583.33 | (114.33) | 39,469.00 | 0.00 |
| Telephone and Fax | 20,250.57 | 0.1% | 25,000.00 | (4,749.43) | 26,156.79 | 0.1% | (5,906.22) | 2,294.72 | 2,500.00 | (205.28) | 1,962.86 | 331.86 |
| Entertainment | 30,548.58 | 0.1% | 45,916.67 | (15,451.42) | 62,273.57 | 0.1% | (29,172.99) | 1,796.65 | 4,591.67 | (3,203.35) | 1,154.93 | 641.72 |
| Utilities | 2,670.91 | 0.0% | 2,500.00 | 170.91 | 2,499.44 | 0.0% | 171.47 | 130.47 | 250.00 | (250.00) | 0.00 | 5.09 |
| Auto | 8,917.74 | 0.0% | 18,333.33 | (9,415.59) | 24,037.57 | 0.1% | (15,119.83) | 119.61 | 375.00 | (255.39) | 1,900.05 | (1,769.58) |
| Travel | 262,821.15 | 0.6% | 250,000.00 | 12,821.15 | 305,663.07 | 0.7% | (42,841.92) | 40,287.83 | 25,000.00 | 15,287.83 | 29,034.02 | 11,253.81 |
| Dues and Subscriptions | 28,177.60 | 0.1% | 29,166.67 | (989.07) | 38,327.22 | 0.1% | (10,149.62) | 6,382.15 | 2,916.67 | 3,465.48 | 5,986.95 | 395.20 |
| Security | 47,804.71 | 0.1% | 0.00 | 47,804.71 | 61,213.64 | 0.1% | (13,408.93) | 5,546.65 | 0.00 | 5,546.65 | 4,782.00 | 764.65 |
| Consulting Fees | 323,220.85 | 0.8% | 257,433.33 | 65,787.52 | 297,267.68 | 0.6% | 25,953.17 | 31,793.60 | 25,743.33 | 6,050.27 | 25,649.05 | 6,144.55 |
| Employee Education | 87,228.40 | 0.2% | 80,000.00 | 7,228.40 | 84,500.00 | 1.0% | 2,728.40 | 9,188.00 | 8,000.00 | 1,188.00 | 8,450.00 | 738.00 |
| FICA | 43,461.19 | 0.1% | 50,000.00 | (6,538.81) | 49,490.00 | 0.1% | (6,028.81) | 345.00 | 4,591.67 | (4,591.67) | 47,500.00 | (14,500.00) |
| FUTA | 951.61 | 0.0% | 3,750.00 | (2,798.39) | 4,600.03 | 0.0% | (3,648.42) | 345.00 | 375.00 | (255.39) | 167.26 | 167.26 |
| SUI | 15,617.07 | 0.0% | 20,833.33 | (5,216.26) | 23,520.54 | 0.0% | (7,903.47) | 2,296.09 | 2,083.33 | 212.76 | 2,909.45 | (613.36) |
| MCTM | 1,925.66 | 0.0% | 5,833.33 | (3,907.67) | 5,358.87 | 0.1% | (3,433.21) | 361.89 | 583.33 | (221.44) | 561.78 | (199.89) |
| W/C Insurance | 75,477.82 | 0.2% | 75,000.00 | 477.82 | 59,965.76 | 0.2% | 15,512.06 | 7,500.00 | 7,500.00 | 0.00 | 7,500.00 | 0.00 |
| Real Estate Taxes | 87,228.40 | 0.2% | 80,000.00 | 7,228.40 | 84,500.00 | 1.0% | 2,728.40 | 9,188.00 | 8,000.00 | 1,188.00 | 8,450.00 | 738.00 |
| Insurance General | 360,548.58 | 0.9% | 475,000.00 | (114,430.48) | 454,990.23 | 0.4% | (94,484.23) | 33,000.00 | 47,500.00 | (14,500.00) | 47,500.00 | (14,500.00) |
| Insurance Group | 161,612.52 | 0.4% | 125,000.00 | 36,612.52 | 177,287.95 | 0.4% | (15,675.43) | 20,530.04 | 12,500.00 | 8,030.04 | 18,642.01 | 1,951.03 |
| Holiday Expense | 615.00 | 0.0% | 615.00 | 0.00 | 615.00 | 0.0% | 0.00 | 615.00 | 615.00 | 0.00 | 615.00 | 0.00 |
| Contributions | 1,000.00 | 0.0% | 0.00 | 1,000.00 | 1,100.00 | 0.0% | (100.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Continuing Education | 49,181.48 | 0.1% | 53,333.33 | (4,151.85) | 85,653.53 | 0.1% | (36,472.05) | 3,374.77 | 5,333.33 | (1,958.56) | 4,630.26 | (1,255.49) |
| Auto Lease | 10,007.28 | 0.0% | 11,666.67 | (1,659.39) | 12,884.80 | 0.0% | (2,877.52) | 0.00 | 1,166.67 | (1,166.67) | 2,877.52 | (2,877.52) |
| Key man life insurance | 6,100.07 | 0.0% | 0.00 | 6,100.07 | 246.35 | 0.1% | 5,853.72 | 345.00 | 0.00 | 345.00 | 0.00 | 346.00 |
| Taxes Miscellaneous | 43,461.19 | 0.0% | 51,666.67 | (8,205.48) | 49,490.60 | 0.0% | (6,464.61) | 6,382.98 | 5,166.67 | 1,786.31 | 4,463.00 | 2,469.98 |
| Pension | 18,574.53 | 0.4% | 6,250.00 | 12,324.53 | 4,869.51 | 0.0% | 13,705.02 | 4,657.06 | 625.00 | 4,032.06 | 60.00 | 4,597.06 |
| Permits, Licenses and Fees | 0.00 | 0.0% | 0.00 | 0.00 | 0.00 | 0.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Continuing Education | 0.00 | 0.0% | 0.00 | 0.00 | 1,232.00 | 0.0% | (1,232.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Directors fees and Expenses | 0.00 | 0.0% | 40,000.00 | (40,000.00) | 0.00 | 0.0% | 0.00 | 0.00 | 4,000.00 | (4,000.00) | 0.00 | 0.00 |
| Miscellaneous Expense | 0.00 | 0.0% | 0.00 | 0.00 | 6,901.25 | 0.0% | (6,901.25) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Bad Debt Expense | 1,201.69 | 0.0% | 2,500.00 | (1,298.31) | 2,941.00 | 0.0% | (1,739.31) | 0.00 | 250.00 | (250.00) | 0.00 | 0.00 |
| Plant Relocation Charge | 0.00 | 0.0% | 0.00 | 0.00 | 0.00 | 0.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Selling, G&A** | **3,283,952.90** | **8.1%** | **3,227,583.33** | **56,369.57** | **3,688,582.53** | **7.8%** | **(404,629.63)** | **365,984.07** | **322,758.33** | **43,225.74** | **348,770.76** | **17,213.31** |



**Hi-Temp Specialty Metals, Inc.**
**Cash Flow Statement**
For the Month Ended March

| | Year to Date | | | Current Month | | |
|---|---|---|---|---|---|---|
| | Actual | Last YTD | Variance | Actual | Last Year | Variance |
| **Operations:** | | | | | | |
| Net Income (Loss) | $ (1,103,450.47) | 137,044.16 | (1,240,494.63) | $ (70,257.04) | (112,111.37) | 41,854.33 |
| Add back non-cash items- | | | | | | |
| Depreciation | 802,233.84 | 765,454.20 | 36,779.64 | 80,223.50 | 76,545.42 | 3,678.08 |
| **Cash Flow from Sales** | (301,216.63) | 902,498.36 | (1,203,714.99) | 9,966.46 | (35,565.95) | 45,532.41 |
| **Changes in Working Capital:** | | | | | | |
| Accounts Receivable | 629,101.39 | (2,424,720.15) | 3,053,821.54 | (1,615,557.20) | (1,693,373.86) | 77,816.66 |
| Inventories | 1,810,930.42 | 2,061,996.87 | (251,066.45) | 220,853.08 | 597,355.91 | (376,502.83) |
| Prepaid Expenses | 270,732.29 | (144,838.75) | 415,571.04 | 108,963.40 | (376,818.53) | 485,781.93 |
| Employee Loan | 127.09 | (87,250.00) | 87,377.09 | 277.09 | 250.00 | 27.09 |
| Accounts Payable | 73,809.52 | (810,176.18) | 883,985.70 | 252,672.26 | 1,565,715.76 | (1,313,043.50) |
| Term Loan - Wells Fargo | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| UPS Financing | 0.00 | 157,866.70 | (157,866.70) | 0.00 | 0.00 | 0.00 |
| Bank Line of Credit | (1,959,247.62) | 641,302.72 | (2,600,550.34) | 1,452,696.04 | 60,501.76 | 1,392,194.28 |
| Due to Aurora Metals | (186,553.80) | 0.00 | (186,553.80) | (18,500.00) | 0.00 | (18,500.00) |
| Accrued Expenses | (111,524.78) | (86,011.17) | (25,513.61) | (89,815.43) | (76,178.53) | (13,636.90) |
| Payroll Taxes Payable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Cash Flow from Working Capital** | 527,374.51 | (691,829.96) | 1,219,204.47 | 311,589.24 | 77,452.51 | 234,136.73 |
| **Cash Flow from Operations** | 226,157.88 | 210,668.40 | 15,489.48 | 321,555.70 | 41,886.56 | 279,669.14 |
| **Investments:** | | | | | | |
| Capital Expenditures | (294,317.74) | (266,853.41) | (27,464.33) | (139,803.61) | (14,769.45) | (125,034.16) |
| Deposit Containers | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Investments** | (294,317.74) | (266,853.41) | (27,464.33) | (139,803.61) | (14,769.45) | (125,034.16) |
| **Cash Flow before Financing** | (68,159.86) | (56,185.01) | (11,974.85) | 181,752.09 | 27,117.11 | 154,634.98 |
| **Financing:** | | | | | | |
| Deferred Rent | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Seller Notes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Due to Claris Partners | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Parent Company | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Capital Leases | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Paid in Capital | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Retained Earnings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Financing** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **NET CASH FLOW** | (68,159.86) | (56,185.01) | (11,974.85) | 181,752.09 | 27,117.11 | 154,634.98 |
| CASH: Beginning | 56,099.92 | 8,739.53 | 47,360.39 | (193,812.03) | (74,562.59) | (119,249.44) |
| CASH: Ending | (12,059.94) | (47,445.48) | 35,385.54 | (12,059.94) | (47,445.48) | 35,385.54 |

*For internal management use only*

Hi-Temp Specialty Metals, Inc.

1

EXHIBIT "D"

SCHEDULE OF LAWSUITS

| CAPTION OF SUIT | NATURE OF PROCEEDING | COURT & LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Stryker v. Hi-Temp Specialty Metals, Inc. and Hi-Temp Acquisition Corp.*, 11-Civ-6384, D. N.J. | Breach of employment agreement and counter-claim by Debtor for breach of non-solicitation and non-compete provisions. | United States District Court, New Jersey. | Discovery complete except for one deposition.  Motions for summary judgment filed and pending disposition. |