A. Duie Pyle Inc
P.O. Box 564
West Chester PA 19381-0564

A.L.E. Hydraulic Machinery Co
6215 Airport Rd
Levittown PA 19057

A.W.W. Kyle
5285 Solar Drive Suite 103
Mississauga ON L4W 5B8

Adelphia Container Corporation
125 Division Place
Brooklyn NY 11222

Alfred H Knight
130 Tradd Street
Spartanburg SC 29304

Alternative Testing Labs
112 Tech Hill Drive
Latrobe PA 15650

AMG Advanced Metallurgical Group N.V.
BR 383 km 94
Sao Joao del Rei MG 36.302-812 Brasil

B & R Mechanical Inc
16 Sawgrass Drive Suite 1
Bellport NY 11713

Calibre Group
707 Grant Street, Suite 2320
Pittsburgh PA 15219

Capital Contractors Inc
25049 Network Place
Chicago IL 60673-1250

Chase Auto Finance
P.O. Box 78068
Phoenix AZ 85062-8068

China National Nonferrous Metals
Imp. & Exp. Jianxi Co Ltd
20th Fl Chunhe Bldg
188 Torch St Nanchang China

Clark Laboratories LLC
Clark Testing-Analytical Chemistry
1801 Route 51 South
Jefferson Hills PA 15025

CNA Insurance
P.O. Box 790094
St Louis MO 63179-0094

Cycle Chem Inc
P.O. Box 18173
Newark NJ 07191

Dainen Malaysia SDN
BHD Suite 33 Level 15-1 Menara 1 Mont Kiara No. 1
Jalan Kiara Mont Kiara 50480 Kula Lumpur Malaysia

DenTech Incorporated
1975 North Reading Road
Denver PA 17517

Environment & Safety Solutions Inc
120 Main St Suite 201
Highstown NJ 08520

Eriez Manufacturing Co
2200 Asbury Rd
Erie PA 16505-1402

Evans Analytical Group LLC
C/O EAG Inc
P.O. Box 203544
Dallas TX 75320-3544

FIR Metal & Resource Co Ltd
Ocean Tower 550 Yanan Road E
Shanghai China 200001

Firematic Supply Co
P.O. Box 187
Yaphank NY 11980-0187

Forklift Rental & Service Inc
38-5 Raynor Ave
Ronkonkoma NY 11779

General Welding Supply Corp
600 Shames Drive
Westbury NY 11590

Globe Metal
1545 1 Avenue CP
89 Ville Ste Catherine
QC J5C 1C5 Canada

Guangdong Zhiyuan New Material Co Ltd
Room A 608 Winner Plaza No. 100
Huangpu Rd
Guangzhou 510627 China

Happy Precious Metal Co Ltd
7/F Milos Industrial Building Unit B Phase II
Kwai Chung N.T. Hong Kong

Hartcorn Plumbing & Heating
850 South Second Street
Ronkonkoma NY 11779

HC Starck Inc
450 Jay St
Coldwater MI 49036

Hercules Forwarding Inc
7701 West 95th Street
Hickory Hills IL 60457

Intel Resale Corp
Attn: Michelle Fenton
5000 W Chandler Blvd
Chandler AZ 85225

JP Express Service Inc
P.O. Box 819
Deer Park NY 11729

Jaguar Financial Group
P.O. Box 78074
Phoenix AZ 85062-8074

Jay Hoehl Inc
3334 W McDowell Rd #17
Phoenix AZ 85009

Jiangsu Fengfeng Tungsten & Moly Products
668# Fengfeng Road
Dongtai China 224200

John Colbert
551 Peters Blvd
Brightwaters NY 11718

John Iacono Inc
230 Knickerbocker Avenue
Bohemia NY 11716

Johns Manville-Willows
Attn: Jennifer DeShazo
6455 N Thornydale Road
Tucson AZ 85741

Keystone Maintenance
Accts Receivable
120 Woodland Avenue
Mohnton PA 19540

Landscapes By Sean M Fleck
P.O. Box 1363
Stony Brook NY 11790

LKAB Minerals 3407
China Resources Building 26 Harbour Road
Wanchai Hong Kong China

Maggio Sanitation Services Inc
88 Old Dock Rd
Yaphank NY 11980

MGN Logistics Inc
161 Washington Street Unite 3
East Walpole MA 02032

Mutual of Omaha
Payment Processing Center
P.O. Box 2147
Omaha NE 68103-2147

National Registered Agents Inc
160 Greentree Drive Suite 101
Dover DE 19904

New Penn Motor Express
24801 Network Place
Chicago IL 60673-1248

Norris McLaughlin & Marcus PA
721 Route 202-206 Suite 200
P.O. Box 5933
Bridgewater NJ 08807-5933

NRAI Inc
P.O. Box 4349
Carol Stream IL 60197-4349

Oxford Health Plans
P.O. Box 1697
Newark NJ 07101-1697

Pallets-R-Us Inc
555 Woodside Ave
Bellport NY 11713

Pentagon Technologies
P.O. Box 24162
Seattle WA 98124-1162

Protech Materials Inc
Attn: Larry Liu
20919 Cabot Blvd
Hayward CA 94545

PSE&G
P.O. BOX 9039
Hicksville NY 11802-9039

Randstad
P.O. Box 7247-6655
Philadelphia PA 19170-6655

Reed Smith LLP
Three Logan Square Suite 3100
1717 Arch Street
Philadelphia PA 19103

Stafford Associates Computer Specialist Inc
21 Bennetts Road, Suite 200
East Setauket NY 11733

State Insurance Fund
Disability Benefits
P.O. Box 5239
New York NY 10008-5239

Thomas M Farrell
92-13 102nd Street
Richmond Hill NY 11418

Thomas Winnes R.A.
53 Old Dock Road
Kings Park NY 11754

Tosoh SMD Inc
3600 Gantz Road
Grove City OH 43123

United Parcel Service
P.O. Box 7247-0244
Philadelphia PA 19170-0001

UPS / UPS SCS Chicago
28013 Network Place
Chicago IL 60673-1280

Veckridge Chemical Co Inc
60-70 Central Ave So
Kearny NJ 07032

Veritext
PO Box 71303
Chicago IL 60694-1303

Vishay Israel
P.O. Box 87
86100 Dimona Israel

W.B. Mason Co Inc
P.O. Box 981101
Boston MA 02205-5840

Wal-Trans Logistics Inc
One Cross Island Plaza Suite 121
Rosedale NY 11422

William Poccia
920 Lake Drive
Medford NY 11763

XCL Business Products Inc
1767-46 Veterans Memorial Hwy
Islandia NY 11749

Zhuzhou Cemented Carbide Works I&E Co
ZhuZhou
Hunan China 412000