UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
In Re:

Hi-Temp Specialty Metals, Inc.,

                                            Case no:   816-72767-las

                                            Chapter 11

                                          Debtor(s).
----------------------------------------------------------------------X

## APPOINTMENT OF THE OFFICIAL COMMITTEE
## OF UNSECURED CREDITORS

        Under 11 U.S.C. section 1102(a)(1), the following creditors of the above captioned debtor, being among the largest unsecured claimants and who are willing to serve, are appointed to the Official Committee of Unsecured Creditors:

1. **Tosoh SMD Inc.**
   3600 Gantz Road
   Grove City, OH 43123

2. **Jiangsu Fengfeng Tungsten & Molybdenum Product Co., Ltd.**
   688# Fengfeng Road, Dongtai,
   Jiangsu, China 224200

3. **Vishay Israel Ltd.**
   7 Hatnufa Street
   Petach Tikva
   Israel 4951025

Dated:   Central Islip, New York
         July 13, 2016

                                          */s/Christine H. Black*
                                          Christine H. Black
                                          Assistant United States Trustee