DICONZA TRAURIG KADISH LLP
630 Third Avenue
New York, New York 10017
Gerard DiConza
Lance A. Schildkraut
Tel:  (212) 682-4940
Email: gdiconza@dtklawgroup.com
         las@dtklawgroup.com

*Counsel for Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re                                                         :
                                                              :    Chapter 11
HI-TEMP SPECIALTY METALS, INC.,                               :    Case No. 16-72767 (LAS)
                                                              :
                    Debtor.                                   :
----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF MOTION OF HI-TEMP SPECIALTY
METALS, INC. FOR ENTRY OF INTERIM AND FINAL ORDERS (I)
AUTHORIZING THE USE OF CASH COLLATERAL, (II) GRANTING
<u>ADEQUATE PROTECTION AND (III) SCHEDULING A FINAL HEARING</u>**

PLEASE TAKE NOTICE that the Motion of Hi-Temp Specialty Metals, Inc. for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection and (II) Scheduling a Final Hearing [Doc 3] filed on June 22, 2016 is hereby withdrawn.

Dated:  July 29, 2016                             DICONZA TRAURIG KADISH LLP
          New York, New York

                                        By:     /s/ Gerard DiConza
                                                Gerard DiConza
                                                630 Third Avenue
                                                New York, New York 10017
                                                Tel: (212) 682-4940
                                                Fax: (212) 682-4942
                                                Email:  gdiconza@dtklawgroup.com