Rosen, Kantrow & Dillon, PLLC
Attorneys for Allan B. Mendelsohn, Trustee
38 New Street
Huntington, New York 11743
631 423 8527
Fred S. Kantrow

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | RETURN DATE: **1/31/17** |
| EASTERN DISTRICT OF NEW YORK | TIME: **10:00 a.m.** |

-----------------------------------------------------------x
In re:

                                                  Case No.: 16-72767-las

HI-TEMP SPECIALTY METALS, INC.,          Chapter 7

                         Debtor.
-----------------------------------------------------------x

## NOTICE OF TRUSTEE'S APPLICATION TO EMPLOY
## <u>EISNER AMPER AS ACCOUNTANTS FOR THE TRUSTEE</u>

**PLEASE TAKE NOTICE** that Allan B. Mendelsohn, the trustee herein (the "Trustee"), by and through his counsel, Rosen, Kantrow & Dillon, PLLC, shall move before the Hon. Louis A. Scarcella, United States Bankruptcy Judge, for the entry of an Order, substantially in the form of the proposed Order annexed hereto, authorizing the Trustee to retain Eisner Amper as his accountants, at the United States Bankruptcy Court, 290 Federal Plaza, Central Islip, New York 11722 in Courtroom 970, on **JANUARY 31, 2017 at 10:00 a.m.** or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the application, must be in writing and must be served upon the Trustee's counsel, Rosen, Kantrow & Dillon, PLLC, 38 New Street, Huntington, New York 11743 to the attention of Fred S. Kantrow, Esq.; and the Office of the United States Trustee, 560 Federal Plaza, Central Islip, New York 11722 to the attention of Alfred M. Dimino, Esq.; with a hard copy directed to the Court; and must conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, as

modified by any administrative orders entered in this case, and be filed with the Bankruptcy Court electronically in accordance with the Administrative Orders of this Court, by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, Microsoft Word, DOS text (ASCII) or a scanned image of the filing, by not later than **JANUARY 24, 2017.**

**PLEASE TAKE FURTHER NOTICE** that only timely objections made be considered by the Court.

Dated: Huntington, New York
      January 6, 2017

                        Rosen, Kantrow & Dillon, PLLC
                        Counsel to the Trustee

                BY:   S/Fred S. Kantrow
                        Fred S. Kantrow
                        38 New Street
                        Huntington, New York 11743
                        631 423 8527
                        fkantrow@rkdlawfirm.com