Rosen, Kantrow & Dillon, PLLC
Attorneys for Allan B. Mendelsohn, Trustee
38 New Street
Huntington, New York 11743
631 423 8527
Fred S. Kantrow

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | RETURN DATE: **3/6/18** |
| EASTERN DISTRICT OF NEW YORK | TIME: **10:00 a.m.** |

-------------------------------------------------------------x
In re:

Case No.: 16-72767-las

HI-TEMP SPECIALTY METALS, INC.,                Chapter 7

Debtor.
-------------------------------------------------------------x

### NOTICE OF HEARING ON FIRST AND FINFAL FEE APPLICATION OF BRAGAR EAGEL & SQUIRE, P.C. AS SPECIAL COUNSEL TO THE CHAPTER 11 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES PURSUANT TO SECTIONS 327, 328, 330 AND 331 OF THE BANKRUPTCY CODE and RULES 2002 AND 2016 OF <u>THE FEDERAL RULES OF BANKRUPTCY PROCEDURE</u>

**PLEASE TAKE NOTICE THAT** Bragar, Eagel & Squire, P.C. ("BES"), special counsel to Allan B. Mendelsohn, trustee (the "Trustee") of the Estate of Hi-Temp Specialty Metals, Inc., the debtor (the "Debtor") shall move before the Hon. Louis A. Scarcella, United States Bankruptcy Judge, on **MARCH 6, 2018 at 10:00 a.m.** or as soon thereafter as counsel may be heard, for the entry of an Order, substantially in the form of the proposed Order annexed hereto, approving the First and Final Fee Application of BES as special counsel to the Trustee, at the United States Bankruptcy Court, 290 Federal Plaza, Central Islip, New York 11722 in Courtroom 970.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the application, must be in writing and must be served upon the Trustee's counsel, Rosen, Kantrow & Dillon, PLLC, 38 New Street, Huntington, New York 11743 to the attention of Fred S. Kantrow, Esq.; and the Office of the United States Trustee, 560 Federal Plaza, Central Islip, New York 11722 to the attention of Alfred M. Dimino, Esq.; with a hard copy directed to the Court; and must conform to

the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, as modified by any administrative orders entered in this case, and be filed with the Bankruptcy Court electronically in accordance with the Administrative Orders of this Court, by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, Microsoft Word, DOS text (ASCII) or a scanned image of the filing, by not later than **FEBRUARY 27, 2018.**

**PLEASE TAKE FURTHER NOTICE** that only timely objections made be considered by the Court.

Dated: Huntington, New York
February 7, 2018

                        Rosen, Kantrow & Dillon, PLLC
                        Counsel to the Trustee

          BY:    S/Fred S. Kantrow
                 Fred S. Kantrow
                 38 New Street
                 Huntington, New York 11743
                 631 423 8527
                 fkantrow@rkdlawfirm.com