| CITRIN COOPERMAN & COMPANY, LLP | Hearing and Objection Dates: TBD. | |
|---|---|---|
| *Accountants to the Chapter 7* *Trustee* | | |
| 529 Fifth Avenue | Interim Fees & Expenses Incurred/Allowed/Paid | None |
| New York, NY 10017 | Final Fees Incurred | $ 45,273.25 |
| Telephone: 2 1 2 - 6 9 7 - 1 0 0 0 | Final Fees Sought for Allowance and Payment | $ 32,500.00 |
| R o b e r t   M o d a n s k y | Retainer Paid | $     0.00 |
| rmodansky@citrincooperman.com | Net Payment Requested | $ 32,500.00 |
| | Final  Expenses sought for allowance and payment | None |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In re

    Hi-Temp Specialty Metals, Inc.,

                Debtor.

<u>Chapter 7</u>

Case No. 16-72767-LAS

**APPLICATION PURSUANT TO BANKRUPTCY CODE §§ 328 AND 330 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2016(a) OF CITRIN COOPERMAN & COMPANY, LLP, ACCOUNTANTS FOR THE CHAPTER 7 TRUSTEE, FOR FINAL ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR PERIOD JANUARY 9, 2018 THROUGH**

| Professional | Year Certified | Hours Engaged | Rate(s) | Total | Services Provided | Fees Charged for Similar Work in Bankruptcy Matter and Percentage Received | | Time Records Submitted |
|---|---|---|---|---|---|---|---|---|
| H. Fielstein | 1983 | 59.30 | $525.00 | $31,132.50 | Partner on engagement, Litigation consulting/forensic work re: claw back claims, business tax filing issues, communications with Counsel and Chapter 7 trustee. | Same | 100% | Yes |
| R. Modansky | 1983 | 6.10 | $595.00 | $3,629.50 | Successor partner on engagement, Review business tax returns including addressing tax issues: COD income and treatments of tax attributes and special tax elections. Prepare initial and final bankruptcy court fee application. | Same | 100% | Yes |
| C. Duverseau | | 26.75 | $260.00 | $6,988.75 | Work on tax returns and related tax extensions | Same | 100% | Yes |
| Elda Solla | | .35 | $180.00 | $63.00 | Prepare client intake and conflict check. | Same | 100% | Yes |
| Erick Torres | | 1.00 | $465.00 | $465.00 | Tax planning for preparation of amended tax returns for FYE 5/31/2017 & 2018. | Same | 100% | Yes |
| Jennifer Cohen | | .80 | $265.00 | $212.00 | Review debtor's documents for missing information. | Same | 100% | Yes |
| Matthew Deaner | | 9.00 | $310.00 | $2,782.50 | Review revised tax trial balance. Review amended tax returns and final tax return. | Same | 100% | Yes |

| Total | 103.30 | | $45,273.25 | |
|---|---|---|---|---|
| Blended Hourly Rate | $438.27 | | | |

Time spent in preparing Fee Application: 2.80 hours, including review of other Fee Applications filed in this case.
Is the time spent in preparing the Fee Application(s) included in the total hours described in this Application?  X Yes    No
Dollar value of the time spent in preparing the Fee Application if compensation is therefore sought:  $1,666.00

CITRIN COOPERMAN & COMPANY, LLP
*Accountants for the Chapter 7 Trustee*
529 Fifth Avenue
New York, NY 10017
Telephone: (212) 697-1000
Robert Modansky ([rmodansky@citrincooperman.com](rmodansky@citrincooperman.com))

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 7 |
| Hi-Temp Specialty Metals, Inc., | Case No. 16-72767-las |
| Debtor. | |

**APPLICATION PURSUANT TO BANKRUPTCY CODE §§ 328 AND 330 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2016(a) OF CITRIN COOPERMAN & COMPANY, LLP, ACCOUNTANTS FOR THE CHAPTER 7 TRUSTEE, FOR FINAL ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD JANUARY 9, 2018 THROUGH J U L Y 31, 2019.**

**TO THE HONORABLE LOUIS A.**
**SCARCELLA, UNITED STATES**
**BANKRUPTCY JUDGE:**

Citrin Cooperman & Company LLP ("**Citrin Cooperman**", or, the "**Firm**"), accountants for the Chapter 7 Trustee ( the "**Debtor**" or "**Hi-Temp**"), makes this application (the "**Application**") pursuant to §§ 328 and 330 of title 11, United States Code, 11U.S.C. §§ 101 et seq. (the "**Bankruptcy Code**") and Rule 2016(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rule**" or the "**Bankruptcy Rules**") for a final allowance and payment of compensation for services rendered and reimbursement of actual and necessary costs and expenses incurred on behalf of the Debtor for the period January 9, 2018 through July 31, 2019 (the "**Application Period**"). In support of this Application, the Firm respectfully represents as follows:

## I.    Retention of Citrin Cooperman & Company, LLP

1.    Upon application of the Chapter 7 Trustee, and by Order dated January 16, 2018, the Chapter 7 Trustee was authorized to retain Citrin Cooperman as his Accountants effective as of January 9, 2018. A copy of the January 16, 2018 Order is attached as **Exhibit A**.

2.    In discussions with the Chapter 7 Trustee, Citrin Cooperman agreed to modify the amount of its initial and final fee application by $12,773.25 (or 28.2%). Citrin Cooperman further understands based on discussions with the Chapter 7 Trustee, that additional modification to the amount paid may be required if there is a limitation of funds available to pay Chapter Administrative Expenses.

3.    Citrin Cooperman submits this Application for final allowance of reasonable compensation for actual and necessary professional services rendered by Citrin Cooperman, as  Accountants for the Chapter 7 Trustee in this case during the Application Period, in the amount of $32,500.00. Citrin Cooperman is not requesting reimbursement for any expenses in this matter.

4.    By this Application, Citrin Cooperman seeks a final allowance and payment of compensation in the amount of $32,500.00 (the "**Fees**").

## II.    Services Provided

5.    In connection with providing services to the Chapter 7 Trustee during the Applicationn Period, Citrin Cooperman has performed services as set forth in detail in the time reports annexed hereto as **Exhibit B.**

6.    A brief description of Citrin Cooperman's services rendered to the Chapter 7 Trustee during the Application Period includes:

a.    Study and analysis of financial documents provided to us by counsels for parties in numerous actions related to this Debtor to assist in an analysis of various claw back claims expected to be brought by the Chapter 7 Trustee;

b.    Preparation of document requests to the various counsels involved in this matter to obtain relevant financial data and engage in numerous telephonic meetings and e mail exchanges in an attempt to procure said financial information;

c.   Perform extensive inquiries, including telephonic interviews of informed parties, in order to determine the appropriate tax filings to be made to Federal and local governments and determine the appropriate periods as prior year tax returns could not be obtained;

d.   Prepare requested business tax filings and extensions as appropriate;  and

e.   Participate in telephone conferences as requested by the Chapter 7 Trustee and his counsel.

### III.   Time and Disbursements

7.   During the Application Period, Citrin Cooperman expended 103.30 hours during its retention in connection with performing the aforementioned professional services for the Chapter 7 Trustee in the dollar amount of $45,273.25.

**Exhibit B**.

8.   Citrin Cooperman's overall blended hourly rate for the Application Period was $438.27.

9.   All services performed by Citrin Cooperman for which compensation is requested were performed or incurred on behalf of the Chapter 7 Trustee and not for any other person or entity.

10.   Citrin Cooperman has not shared or agreed to share compensation or reimbursement awarded in this case with any other person.

11.   Citrin Cooperman has not received any retainer in this case and has made no agreements with others for compensation or reimbursement.

12.   This is the Final Fee Application of Citrin Cooperman.

13.   No previous request for the relief sought herein has been made to this or to any other Court.

WHEREFORE, Citrin Cooperman respectfully requests entry of an Order granting to the Firm:

(a)   A final allowance and payment of fees in the amount of $32,500.00 representing the fees incurred by Citrin Cooperman during the Application Period.

(b)   Such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       July 31, 2019

                                 Respectfully submitted,

                                 CITRIN COOPERMAN & COMPANY, LLP
                                 *Accountants for the Chapter 7 Trustee*

                       By:     /s/ Robert Modansky
                                 Robert Modansky *o/b/o Citrin Cooperman &*
                                 *Company, LLP*
                                 (rmodansky@citrincooperman.com)
                                 529 Fifth Avenue
                                 New York, NY 10017
                                 Telephone: 212-697-1000

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

HI-TEMP SPECIALTY METALS, INC.,

                     Debtor.
-------------------------------------------------------------x

Case No.: 16-72767-las
Chapter 7

## ORDER AUTHORIZING TRUSTEE TO RETAIN
## CITRIN COOPERMAN AS ACCOUNTANTS TO THE TRUSTEE

UPON the application (the "Application") of Allan B. Mendelsohn, trustee (the
"Trustee"), by and through his counsel, Rosen, Kantrow & Dillon, PLLC, seeking the entry of an
Order authorizing the Trustee to retain Citrin Cooperman as accountants to the Trustee; and there
being no opposition to the relief sought in the Application, or said opposition having been
withdrawn or otherwise overruled; and after due deliberation, the Court having determined the
relief sought is appropriate and should be granted; it is hereby

**ORDERED** that Trustee is hereby authorized to retain Citrin Cooperman as his
accountant, as of January 9, 2018, the date of filing of Trustee's Application; and it is further

**ORDERED**, that ten (10) business days prior to any increases in Citrin Cooperman's
billing rates for any individual employed by it and retained by the Trustee pursuant to this Order,
Citrin Cooperman shall file a supplemental affidavit with the Court setting forth the basis for the
requested rate increase pursuant to Bankruptcy Code Section 330(a)(3)(F). Parties in interest,
including the Office of the United States Trustee, shall retain all rights to object to or otherwise
respond to any rate increase on any and all grounds, including, but not limited to the
reasonableness standard under Bankruptcy Code Section 330. Supplemental affidavits are not

required for rate increases effective on or after the date Trustee submits his Trustee's Final Report in this estate to the Office of the United States Trustee; and it is further

**ORDERED**, that all fees awarded to and reimbursement of expenses of Citrin Cooperman shall be subject to proper application, upon notice, and Order of the Court after notice and a hearing pursuant to Sections 330 and 331 the Bankruptcy Code.

No Objection

*s/ Alfred M. Dimino*
Alfred M. Dimino
Office of the United States Trustee
Central Islip, New York
January 9, 2018

Dated: January 16, 2018
     Central Islip, New York

Louis A. Scarcella
**Louis A. Scarcella**
**United States Bankruptcy Judge**

# EXHIBIT B

| Date | Eng. Ref | Eng. Name | Service Code Desc | Full Name | Time (Units) | Amount | Detail |
|---|---|---|---|---|---|---|---|
| 7/27/2019 | 218249 | 18 - Bankruptcy & Restructuring | Misc. Chargeable Work | Carole Duverseau | 6.20 | $ 1,674.00 | prepare 505b statements, collate tax returns and prepare letter to send to trustee |
| 7/27/2019 | 218249 | 18 - Bankruptcy & Restructuring | Misc. Chargeable Work | Carole Duverseau | 0.80 | 216.00 | reprint and collate 2018 tax to send to RAM |
| 7/20/2019 | 218249 | 18 - Bankruptcy & Restructuring | Misc. Chargeable Work | Carole Duverseau | 4.50 | 1,215.00 | Prepare amended tax prep 2016 and 2017 |
| 7/20/2019 | 218249 | 18 - Bankruptcy & Restructuring | Misc. Chargeable Work | Carole Duverseau | 2.00 | 540.00 | Prepare 2018 final tax return. |
| 5/18/2019 | 218249 | 18 - Bankruptcy & Restructuring | General Business Consulting | Carole Duverseau | 2.50 | 637.50 | Review prior taxes filed, e-mailed trustee office, review adversary proceedings  and review form 1 and 2 |
| 5/18/2019 | 218249 | 18 - Bankruptcy & Restructuring | General Business Consulting | Carole Duverseau | 1.50 | 382.50 | email trustee office, call and e-mail from RM and start tax prep |
| 5/18/2019 | 218249 | 18 - Bankruptcy & Restructuring | General Business Consulting | Carole Duverseau | 0.75 | 191.25 | calls from RM, e-mails from trustee and discussion with ET on missing tax returns |
| 9/30/2018 | 218249 | 18 - Bankruptcy & Restructuring | Misc. Chargeable Work | Carole Duverseau | 2.50 | 637.50 | Revise 2016 and 2017 tax returns and 505(b) applications  to establish fiscal year end as 5/31 |
| 9/8/2018 | 218249 | 18 - Bankruptcy & Restructuring | Misc. Chargeable Work | Carole Duverseau | 1.50 | 382.50 | Tax return preparation and 505B Application for 2017 |
| 9/8/2018 | 218249 | 18 - Bankruptcy & Restructuring | Misc. Chargeable Work | Carole Duverseau | 1.50 | 382.50 | Tax return prep and 505B applications for 2016 |
| 9/8/2018 | 218249 | 18 - Bankruptcy & Restructuring | Misc. Chargeable Work | Carole Duverseau | 0.75 | 191.25 | Revise and change tax year end and filing date |
| 8/31/2018 | 218249 | 18 - Bankruptcy & Restructuring | Misc. Chargeable Work | Carole Duverseau | 0.50 | 127.50 | Research tax information re: tax return preparation. |
| 3/17/2018 | 218249 | 18 - Bankruptcy & Restructuring | Misc. Chargeable Work | Carole Duverseau | 1.00 | 235.00 | prepare federal and state extensions |
| 3/17/2018 | 218249 | 18 - Bankruptcy & Restructuring | Misc. Chargeable Work | Carole Duverseau | 0.25 | 58.75 | extensions |
| 2/28/2018 | 218249 | 18 - Bankruptcy & Restructuring | Client Meetings | Carole Duverseau | 0.50 | 117.50 | tele conf with Allan Mendelsohn and F Kantrow |
| 1/20/2018 | 218249 | 18 - Bankruptcy & Restructuring | Misc. Chargeable Work | Elda Solla | 0.35 | 63.00 | Submitting of new client to database, circulate conflict check and creating file. |
| 7/13/2019 | 218249 | 18 - Bankruptcy & Restructuring | Misc. Chargeable Work | Erick Torres | 0.25 | 116.25 | going over open items and plan to complete asap |
| 5/18/2019 | 218249 | 18 - Bankruptcy & Restructuring | Telephone Conferences | Erick Torres | 0.75 | 348.75 | discussions with CD, RM and PC regarding this client |
| 10/20/2018 | 218249 | 18 - Bankruptcy & Restructuring | General Business Consulting | Howard Fielstein | 1.10 | 577.50 | Fee app prep |
| 9/30/2018 | 218249 | 18 - Bankruptcy & Restructuring | Analysis | Howard Fielstein | 0.70 | 367.50 | Continue to work on fee application |
| 9/22/2018 | 218249 | 18 - Bankruptcy & Restructuring | Analysis | Howard Fielstein | 1.20 | 630.00 | Fee application prep |
| 9/8/2018 | 218249 | 18 - Bankruptcy & Restructuring | Analysis | Howard Fielstein | 1.50 | 787.50 | Begin to work on fee application |
| 8/18/2018 | 218249 | 18 - Bankruptcy & Restructuring | Analysis | Howard Fielstein | 1.00 | 525.00 | Begin to work on fee application |
| 4/17/2018 | 218249 | 18 - Bankruptcy & Restructuring | Analysis | Howard Fielstein | 0.80 | 420.00 | Follow up e mails with Jay Lindenberg of Eisner and with Allan Mendelsohn and Fred |
| 4/17/2018 | 218249 | 18 - Bankruptcy & Restructuring | Analysis | Howard Fielstein | 1.60 | 840.00 | Finalize extensions/estimates and conference call on Saturday |
| 4/7/2018 | 218249 | 18 - Bankruptcy & Restructuring | Analysis | Howard Fielstein | 0.80 | 420.00 | Follow up with D. Ringer and A. Willen at Eisner and review of open items |
| 4/7/2018 | 218249 | 18 - Bankruptcy & Restructuring | Analysis | Howard Fielstein | 1.80 | 945.00 | Review of previously filed tax returns regarding insider loans, etc. |
| 3/31/2018 | 218249 | 18 - Bankruptcy & Restructuring | Analysis | Howard Fielstein | 2.40 | 1,260.00 | Review of information obtain on 4 disks from Attorney Eagle re claw back claims |
| 3/31/2018 | 218249 | 18 - Bankruptcy & Restructuring | Analysis | Howard Fielstein | 1.80 | 945.00 | Continued review of disks from Larry Eagle |
| 3/31/2018 | 218249 | 18 - Bankruptcy & Restructuring | Analysis | Howard Fielstein | 1.60 | 840.00 | Corr with Alan Wilen, review of e mails related to Eisner work |
| 3/24/2018 | 218249 | 18 - Bankruptcy & Restructuring | Analysis | Howard Fielstein | 2.40 | 1,260.00 | Review documents and follow up with Jennifer Cohen regarding her review of documents and information still missing |
| 3/17/2018 | 218249 | 18 - Bankruptcy & Restructuring | Analysis | Howard Fielstein | 0.80 | 420.00 | Prepare information for Allan Mendelsohn regarding document production by various parties to date |
| 3/17/2018 | 218249 | 18 - Bankruptcy & Restructuring | Analysis | Howard Fielstein | 0.20 | 105.00 | Follow up with Larry Eagle regarding document production |

| Date | Client | Matter | Category | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|
| 3/10/2018 | 218249 | 18 - Bankruptcy & Restructuring | Analysis | Howard Fielstein | 1.60 | 840.00 | Review of Debtor information to use in determine C Corp vs S Corp for filing of tax returns. |
| 3/10/2018 | 218249 | 18 - Bankruptcy & Restructuring | Analysis | Howard Fielstein | 1.50 | 787.50 | Continue to review documents re type of entity for Debtor for tax filing purposes |
| 3/3/2018 | 218249 | 18 - Bankruptcy & Restructuring | Analysis | Howard Fielstein | 1.40 | 735.00 | Begin to review financial statements for evidence of transfers |
| 2/28/2018 | 218249 | 18 - Bankruptcy & Restructuring | Analysis | Howard Fielstein | 2.70 | 1,417.50 | Perform additional review of database information for tax return information and information for claw backs and other claims |
| 2/28/2018 | 218249 | 18 - Bankruptcy & Restructuring | Analysis | Howard Fielstein | 1.50 | 787.50 | Review documents for claw back claims |
| 2/24/2018 | 218249 | 18 - Bankruptcy & Restructuring | Analysis | Howard Fielstein | 1.10 | 577.50 | Review status of outstanding items and review of tax preparation status |
| 2/24/2018 | 218249 | 18 - Bankruptcy & Restructuring | Analysis | Howard Fielstein | 1.80 | 945.00 | Review of information for preparation of tax returns for the estate including MOR's and supporting documentation |
| 2/17/2018 | 218249 | 18 - Bankruptcy & Restructuring | Analysis | Howard Fielstein | 1.70 | 892.50 | Review available records produced for claw back claims |
| 2/17/2018 | 218249 | 18 - Bankruptcy & Restructuring | Analysis | Howard Fielstein | 3.20 | 1,680.00 | Review of records downloaded from Drinker Biddle |
| 2/17/2018 | 218249 | 18 - Bankruptcy & Restructuring | Analysis | Howard Fielstein | 2.70 | 1,417.50 | Review of computer files with Jennifer Cohen to determine if work requested by Trustee can be performed at this time |
| 2/17/2018 | 218249 | 18 - Bankruptcy & Restructuring | Analysis | Howard Fielstein | 0.80 | 420.00 | E mails with Gerry DiConza, Robert Pryor and Fred Kantrow and review of information from Tony Gray. |
| 2/17/2018 | 218249 | 18 - Bankruptcy & Restructuring | Analysis | Howard Fielstein | 1.60 | 840.00 | Review of financial documents received from Lawrence Eagel |
| 2/10/2018 | 218249 | 18 - Bankruptcy & Restructuring | Analysis | Howard Fielstein | 3.10 | 1,627.50 | Review of documents sent over by Tony Gray, Esq |
| 2/10/2018 | 218249 | 18 - Bankruptcy & Restructuring | Analysis | Howard Fielstein | 4.10 | 2,152.50 | Continue to work through items produced through discovery |
| 2/10/2018 | 218249 | 18 - Bankruptcy & Restructuring | Analysis | Howard Fielstein | 1.90 | 997.50 | Review of downloaded records received from counsel |
| 2/10/2018 | 218249 | 18 - Bankruptcy & Restructuring | Analysis | Howard Fielstein | 1.60 | 840.00 | Follow up e mails regarding discovery demand and continue to review database provided by Tony Gray. |
| 2/10/2018 | 218249 | 18 - Bankruptcy & Restructuring | Analysis | Howard Fielstein | 1.70 | 892.50 | Review of forensic report sent over by Brian Morgan |
| 1/31/2018 | 218249 | 18 - Bankruptcy & Restructuring | Analysis | Howard Fielstein | 0.50 | 262.50 | Review e mails from Tony Gray, Esq. regarding document production |
| 1/31/2018 | 218249 | 18 - Bankruptcy & Restructuring | Misc. Chargeable Work | Howard Fielstein | 1.30 | 682.50 | Review and sign confidentiality agreement, e mails with Larry Eagel Esq and review submitted documents and e mail with the chpt 7 trustee and his counsel |
| 1/27/2018 | 218249 | 18 - Bankruptcy & Restructuring | Telephone Conferences | Howard Fielstein | 0.20 | 105.00 | E mail with Frank Velocci Esq re production of records and Larry Eagle |
| 1/27/2018 | 218249 | 18 - Bankruptcy & Restructuring | Misc. Chargeable Work | Howard Fielstein | 0.60 | 315.00 | E mail follow ups regarding obtaining the financial records to review for claw backs, etc. |
| 1/27/2018 | 218249 | 18 - Bankruptcy & Restructuring | Misc. Chargeable Work | Howard Fielstein | 0.30 | 157.50 | Call with Anthony Gray, Esq. regarding turnover of financial documents |
| 1/20/2018 | 218249 | 18 - Bankruptcy & Restructuring | Misc. Chargeable Work | Howard Fielstein | 2.10 | 1,102.50 | Review of filed bankruptcy documents (1.2) call with Fred Kantrow (.1 hours) e mails with Eisner and Otterburg re request for documents |
| 1/20/2018 | 218249 | 18 - Bankruptcy & Restructuring | Misc. Chargeable Work | Howard Fielstein | 0.60 | 315.00 | Phone and e mail communications regarding the location of the financial books and records of the Debtor |
| 3/24/2018 | 218249 | 18 - Bankruptcy & Restructuring | Analysis | Jennifer Cohen | 0.30 | 79.50 | Review monthly closing reports for any QuickBooks information. |
| 2/10/2018 | 218249 | 18 - Bankruptcy & Restructuring | Misc. Chargeable Work | Jennifer Cohen | 0.50 | 132.50 | Document review. |
| 7/27/2019 | 218249 | 18 - Bankruptcy & Restructuring | General Business Consulting | Matthew Deaner | 0.75 | 236.25 | Amended return review |
| 7/27/2019 | 218249 | 18 - Bankruptcy & Restructuring | General Business Consulting | Matthew Deaner | 4.25 | 1,338.75 | 2016, 2017 amended return and 2018 final return |
| 7/27/2019 | 218249 | 18 - Bankruptcy & Restructuring | General Business Consulting | Matthew Deaner | 0.50 | 157.50 | Made change to return and discussion with Robert. |
| 5/31/2019 | 218249 | 18 - Bankruptcy & Restructuring | Telephone Conferences | Matthew Deaner | 0.50 | 150.00 | Call with Robert and discussion with Ted regarding missing information |
| 5/25/2019 | 218249 | 18 - Bankruptcy & Restructuring | Analysis | Matthew Deaner | 1.75 | 525.00 | research for bankruptcy issues. |

WIP for Client - HiTemp Page 3 of 3

| Date | | | | | Hours | Amount | |
|---|---|---|---|---|---|---|---|
| 5/25/2019 | 218249 | 18 - Bankruptcy & Restructuring | Analysis | Matthew Deaner | 0.50 | 150.00 | Discussions with E Torres re: research tax topics including tax return amending and recognition of income per year. |
| 5/25/2019 | 218249 | 18 - Bankruptcy & Restructuring | Analysis | Matthew Deaner | 0.75 | 225.00 | Discussion with T Lackowitz re: tax issues of bankruptcy tax |
| 7/30/2019 | 218249 | 18 - Bankruptcy & Restructuring | General Business Consulting | Robert Modansky | 2.80 | 1,666.00 | Finalize fee application. |
| 7/27/2019 | 218249 | 18 - Bankruptcy & Restructuring | Misc. Chargeable Work | Robert Modansky | 1.40 | 833.00 | Review amended tax returns for FYE 2/31/2017, 5/31/2018 and 5/31/2019 (final). Teleconference with M Deaner re: corrections and follow-up. |
| 5/31/2019 | 218249 | 18 - Bankruptcy & Restructuring | Telephone Conferences | Robert Modansky | 0.30 | 178.50 | Teleconference with Matt Deaner to review strategy to amend prior returns, prepare final return and treat COD income. |
| 5/18/2019 | 218249 | 18 - Bankruptcy & Restructuring | Analysis | Robert Modansky | 1.60 | 952.00 | Review initial tax returns filed for FYE 5/31/2017 and 5/31/2018 for Chapter 7 estate. Teleconference with C Duverseau re: same to discuss tax issues, COD income and remaining administrative expenses to be paid. |
| | | | | | 103.30 | $ 45,273.25 | |

## Total by staff

| | | Rate | Hours | Total |
|---|---|---|---|---|
| Carole Duverseau | $ | 270.00 | 26.75 | 6,988.75 |
| Elda Solla | $ | 180.00 | 0.35 | 63.00 |
| Erick Torres | $ | 465.00 | 1.00 | 465.00 |
| Howard Fielstein | $ | 525.00 | 59.30 | 31,132.50 |
| Jennifer Cohen | $ | 265.00 | 0.80 | 212.00 |
| Matthew Deaner | $ | 310.00 | 9.00 | 2,782.50 |
| Robert Modansky | $ | 595.00 | 6.10 | 3,629.50 |
| | | | 103.30 | $ 45,273.25 |