UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re: §
§
HI-TEMP SPECIALTY METALS, INC. § Case No. 816-72767 LAS
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN B. MENDELSOHN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 27,314,762.47 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 463,332.16 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 546,889.10 | |

3) Total gross receipts of $ 1,010,221.26 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 1,010,221.26 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 18,580,641.68 | $ 18,580,641.68 | $ 463,332.16 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 568,907.65 | 568,907.65 | 546,889.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 246,709.78 | 246,709.78 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 255,486.42 | 255,486.42 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 15,629,069.92 | 15,629,069.92 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 35,280,815.45 | $ 35,280,815.45 | $ 1,010,221.26 |

4) This case was originally filed under chapter 11 on 06/22/2016 , and it was converted to chapter 7 on 10/26/2016 . The case was pending for 37 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/18/2019         By:/s/ALLAN B. MENDELSOHN
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| INSURANCE PREMIUM REFUND | 1121-000 | 24,824.66 |
| OTHER MISCELLANEOUS - Collateral Carve-out | 1221-000 | 10,000.00 |
| CAUSE OF ACTION - Directors and Officers | 1249-000 | 975,000.00 |
| MISCELLANEOUS RECEIPT - Overpayment Refund | 1290-000 | 396.60 |
| **TOTAL GROSS RECEIPTS** | | **$ 1,010,221.26** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000024 | ALD VACUUM TECHNOLOGIES GMBH | 4210-000 | NA | 27,669.84 | 27,669.84 | 0.00 |
| 000001 | NISSAN-INFINITI LT | 4210-000 | NA | 10,580.00 | 10,580.00 | 0.00 |
| 000016 | U.S. BANK, N.A. | 4210-000 | NA | 92,340.00 | 92,340.00 | 0.00 |
| 000039 | WELLS FARGO BANK, NA | 4210-000 | NA | 5,272,053.02 | 5,272,053.02 | 463,332.16 |
| 000046 | WELLS FARGO BANK, NA | 4210-000 | NA | 13,177,998.82 | 13,177,998.82 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ 18,580,641.68 | $ 18,580,641.68 | $ 463,332.16 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:ALLAN B. MENDELSOHN | 2100-000 | NA | 46,688.16 | 46,688.16 | 46,688.16 |
| TRUSTEE EXPENSES:ALLAN B. MENDELSOHN | 2200-000 | NA | 31.82 | 31.82 | 31.82 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 44.26 | 44.26 | 44.26 |
| Empire National Bank | 2600-000 | NA | 1,104.85 | 1,104.85 | 1,104.85 |
| CLERK OF THE COURT | 2700-000 | NA | 0.00 | 0.00 | 0.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE-1120 | 2810-000 | NA | 54.00 | 54.00 | 54.00 |
| NYS CORPORATION TAX | 2820-000 | NA | 110.00 | 110.00 | 110.00 |
| UNITED STATES TRUSTEE | 2950-000 | NA | 23,400.00 | 23,400.00 | 20,801.72 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):ROSEN & KANTROW, PLLC | 3210-000 | NA | 34,937.50 | 34,937.50 | 31,058.13 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):BRAGAR EAGEL & SQUIRE, P.C. | 3210-600 | NA | 336,492.50 | 336,492.50 | 336,492.50 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):POLLACK & FLANDERS, L.L.P. | 3210-600 | NA | 66,660.00 | 66,660.00 | 66,660.00 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):ROSEN & KANTROW, PLLC | 3220-000 | NA | 3,667.01 | 3,667.01 | 3,259.83 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):BRAGAR EAGEL & SQUIRE, P.C. | 3220-610 | NA | 11,525.00 | 11,525.00 | 0.00 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):POLLACK & FLANDERS, L.L.P. | 3220-610 | NA | 11,692.55 | 11,692.55 | 11,692.55 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):CITRIN COOPERMAN | 3410-000 | NA | 32,500.00 | 32,500.00 | 28,891.28 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 568,907.65 | $ 568,907.65 | $ 546,889.10 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DICONZA TRAURIG KADISH LLP | 6210-160 | NA | 167,148.30 | 167,148.30 | 0.00 |
| COHNREZNICK CAPITAL MARKETS | 6700-000 | NA | 15,000.00 | 15,000.00 | 0.00 |
| COHNREZNICK LLP | 6700-000 | NA | 44,637.36 | 44,637.36 | 0.00 |
| NYS DEPARTMENT OF TAXATION AND FINA | 6820-000 | NA | 872.68 | 872.68 | 0.00 |
| VECKRIDGE CHEMICAL CO INC | 6910-000 | NA | 4,965.70 | 4,965.70 | 0.00 |
| PSE&G | 6990-000 | NA | 14,085.74 | 14,085.74 | 0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ 246,709.78 | $ 246,709.78 | $ 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | NY STATE DEPT. OF LABOR | 5800-000 | NA | 0.00 | 0.00 | 0.00 |
| 000013 | NYS DEPT OF TAXATION | 5800-000 | NA | 29.74 | 29.74 | 0.00 |
| 000049 | STATE OF NEW JERSEY | 5800-000 | NA | 79,500.00 | 79,500.00 | 0.00 |
| 000050B | US CUSTOMS AND BORDER PROTECTION | 5800-000 | NA | 87,978.34 | 87,978.34 | 0.00 |
| 000050C | US CUSTOMS AND BORDER PROTECTION | 5800-000 | NA | 87,978.34 | 87,978.34 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 255,486.42 | $ 255,486.42 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000023 | ALD VACUUM TECHNOLOGIES GMBH | 7100-000 | NA | 11,023.45 | 11,023.45 | 0.00 |
| 000033 | ALTERNATIVE TESTING LABORATORIES, I | 7100-000 | NA | 1,170.45 | 1,170.45 | 0.00 |
| 000035 | B&R MECHANICAL, INC. | 7100-000 | NA | 48,011.80 | 48,011.80 | 0.00 |
| 000007 | BROWN & JOSEPH, LTD. | 7100-000 | NA | 250,000.00 | 250,000.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000029 | GMR, GLOBE METAL RECYCLING SERVICES | 7100-000 | NA | 180,006.09 | 180,006.09 | 0.00 |
| 000006 | GUANGDONG ZHIYUAN NEW MATERIAL CO., | 7100-000 | NA | 984,000.00 | 984,000.00 | 0.00 |
| 000005 | H.C.STARCK INC. | 7100-000 | NA | 284,077.42 | 284,077.42 | 0.00 |
| 000002 | HARTCORN PLUMBING & HEATING | 7100-000 | NA | 2,616.76 | 2,616.76 | 0.00 |
| 000045 | HUNAN CHUN-CHANG NONFERROUS METAL C | 7100-000 | NA | 420,000.00 | 420,000.00 | 0.00 |
| 000038 | JAY HOEHL INC. | 7100-000 | NA | 8,685.09 | 8,685.09 | 0.00 |
| 000031 | JIANGSU FENGTENG TUNGSTEN & MOLYBDE | 7100-000 | NA | 385,000.00 | 385,000.00 | 0.00 |
| 000019 | JP EXPRESS SERVICE INC | 7100-000 | NA | 2,160.49 | 2,160.49 | 0.00 |
| 000032 | JP EXPRESS SERVICE INC | 7100-000 | NA | 2,160.49 | 2,160.49 | 0.00 |
| 000003 | JPMORGAN CHASE BANK, N.A. | 7100-000 | NA | 41,598.51 | 41,598.51 | 0.00 |
| 000017 | LAWRENCE STRYKER | 7100-000 | NA | 7,366,119.24 | 7,366,119.24 | 0.00 |
| 000022 | LSM BRAZIL | 7100-000 | NA | 140,000.00 | 140,000.00 | 0.00 |
| 000008 | NATIONAL GRID | 7100-000 | NA | 9,294.31 | 9,294.31 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000026 | NATIONAL GRID | 7100-000 | NA | 11,949.41 | 11,949.41 | 0.00 |
| 000025 | NORRIS MCLAUGHLIN & MARCUS, P.A. | 7100-000 | NA | 50,378.11 | 50,378.11 | 0.00 |
| 000015 | PROTECH MATERIALS INC | 7100-000 | NA | 12,879.70 | 12,879.70 | 0.00 |
| 000010 | PSEG | 7100-000 | NA | 20,158.69 | 20,158.69 | 0.00 |
| 000027 | RAINPROOFERS | 7100-000 | NA | 920.00 | 920.00 | 0.00 |
| 000034 | RALPH G MAZZA FOR MILLENIUM ALLOYS | 7100-000 | NA | 6,246.24 | 6,246.24 | 0.00 |
| 000020 | RANDSTAD NORTH AMERICA, INC | 7100-000 | NA | 9,463.76 | 9,463.76 | 0.00 |
| 000043 | TAIZHOU WANXIN TUNGSTEN&MOLYBDENUM | 7100-000 | NA | 116,000.00 | 116,000.00 | 0.00 |
| 000018 | TRANSPORT PAPINEAU INTERNATIONAL | 7100-000 | NA | 1,800.00 | 1,800.00 | 0.00 |
| 000011 | UNITED PARCEL SERVICE(DOMESTIC) | 7100-000 | NA | 28,063.89 | 28,063.89 | 0.00 |
| 000012 | UNITED PARCEL SERVICE(DOMESTIC) | 7100-000 | NA | 311.42 | 311.42 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000044 | VALERIE REALTY VENTURES LLC | 7100-000 | NA | 112,040.00 | 112,040.00 | 0.00 |
| 000021 | VISHAY ISRAEL LTD. | 7100-000 | NA | 119,637.33 | 119,637.33 | 0.00 |
| 000036 | WAL-TRANS LOGISTICS INC | 7100-000 | NA | 14,745.00 | 14,745.00 | 0.00 |
| 000009 | XCL BUSINESS PRODUCTS INC | 7100-000 | NA | 425.27 | 425.27 | 0.00 |
| 000014 | ZHUZHOU CEMENTED CARBIDE WORKS I&E | 7100-000 | NA | 249,700.00 | 249,700.00 | 0.00 |
| 000048 | BUSINESS PROPERTY LENDING, INC. | 7200-000 | NA | 4,738,194.16 | 4,738,194.16 | 0.00 |
| 000050A | US CUSTOMS AND BORDER PROTECTION | 7200-000 | NA | 232.84 | 232.84 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ NA | $ 15,629,069.92 | $ 15,629,069.92 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 816-72767   LAS   Judge: LOUIS A. SCARCELLA | Trustee Name: | ALLAN B. MENDELSOHN |
|---|---|---|---|
| Case Name: | HI-TEMP SPECIALTY METALS, INC. | Date Filed (f) or Converted (c): | 10/26/16 (c) |
| | | 341(a) Meeting Date: | 11/23/16 |
| For Period Ending: | 11/18/19 | Claims Bar Date: | 03/02/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 30.65 | 30.65 | | 0.00 | FA |
| 2. FINANCIAL ACCOUNTS - Citibank | 58,305.55 | 0.00 | | 0.00 | FA |
| Checking (subject to Wells Fargo Blanket Lien (Litigation pending to determine vlidity and/or extent of Wells Fargo lien) | | | | | |
| 3. FINANCIAL ACCOUNTS - TD Bank | 41,367.41 | 0.00 | | 0.00 | FA |
| Payroll (subject to Wells Fargo Blanket Lien  (Litigation pending to determine vlidity and/or extent of Wells Fargo lien) | | | | | |
| 4. FINANCIAL ACCOUNTS - Wells Fargo | 0.00 | 0.00 | | 0.00 | FA |
| Checking - Operating Account (subject to Wells Fargo Blanket Lien (Litigation pending to determine vlidity and/or extent of Wells Fargo lien) | | | | | |
| 5. Refund of Deposit - various holders of deposits | 123,514.90 | 123,514.90 | | 0.00 | FA |
| Kemet Electronics, TX; Happy Precious Metal Co., Inc.; Showa Metal Co., Ltd.;PMK co., Ltd. (subject to Wells Fargo Blanket Lien) (Litigation pending to determine validity and/or extent of Wells Fargo lien) | | | | | |
| 6. Refund of Deposit - Louis J. Marcoccia | 69,959.54 | 69,959.54 | | 0.00 | FA |
| Pre-paid real estate taxes (subject to Wells Fargo Blanket Lien) (Litigation pending to determine vlidity and/or extent of Wells Fargo lien) | | | | | |
| 7. INSURANCE PREMIUM REFUND | 186,782.74 | 186,782.74 | | 24,824.66 | FA |
| subject to Wells Fargo Blanket Lien   (Litigation pending to determine vlidity and/or extent of Wells Fargo lien) | | | | | |
| 8. ACCOUNTS RECEIVABLE - less than 90 days | 4,187,017.47 | 4,187,017.47 | | 0.00 | FA |
| subject to Wells Fargo Blanket Lien  (Litigation pending to determine vlidity and/or extent of Wells Fargo lien) | | | | | |
| 9. ACCOUNTS RECEIVABLE - over 90 days | 548,675.20 | 548,675.20 | | 0.00 | FA |

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

Ver: 22.02b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 816-72767 LAS Judge: LOUIS A. SCARCELLA | Trustee Name: | ALLAN B. MENDELSOHN |
|---|---|---|---|
| Case Name: | HI-TEMP SPECIALTY METALS, INC. | Date Filed (f) or Converted (c): | 10/26/16 (c) |
| | | 341(a) Meeting Date: | 11/23/16 |
| | | Claims Bar Date: | 03/02/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| subject to Wells Fargo Blanket Lien (Litigation pending to determine vlidity and/or extent of Wells Fargo lien) | | | | | |
| 10. INVENTORY | 15,131,883.69 | 15,131,883.69 | | 0.00 | FA |
| finished goods ready for resale as of June 22, 2016 (Book value) (subject to Wells Fargo Blanket Lien) (Litigation pending to determine vlidity and/or extent of Wells Fargo lien) | | | | | |
| 11. OFFICE EQUIPMENT | 103,645.19 | 103,645.19 | | 0.00 | FA |
| (Book Value) subject to Wells Fargo Blanket Lien (Litigation pending to determine vlidity and/or extent of Wells Fargo lien) | | | | | |
| 12. MOTOR VEHICLES - Leased | 0.00 | 0.00 | | 0.00 | FA |
| 2014 Jaguar XF - SAJWJOEF8E8U205451<br>2014 Nissan Maxima - 1N4AA5AP1EC496450<br>2013 Ford F-150 - 1FTFW1R6XDFD61048<br>2014 Tesla Model S - 5YJSA1424EFP65464 | | | | | |
| 13. MACHINERY & EQUIPMENT | 3,700,029.21 | 3,700,029.21 | | 0.00 | FA |
| Book Value (subject to Wells Fargo Blanket Lien) (Litigation pending to determine vlidity and/or extent of Wells Fargo lien) | | | | | |
| 14. REAL PROPERTY - Yaphank, NY | 148,207.05 | 148,207.05 | | 0.00 | FA |
| 355 Sills Rd., Yaphank, NY 11980 (Subject to Wells Fargo Blanket Lien) (Litigation pending to determine vlidity and/or extent of Wells Fargo lien) | | | | | |
| 15. NON-TANGIBLE PROPERTY - Goodwill | 3,189,566.61 | 3,189,566.61 | | 0.00 | FA |
| Book Value | | | | | |
| 16. ACCOUNTS RECEIVABLE - Note Receivable | 12,560.00 | 12,560.00 | | 0.00 | FA |
| Employee Loan to Richard Palazzatto | | | | | |
| 17. MISCELLANEOUS RECEIPT - Overpayment Refund (u) | 0.00 | 0.00 | | 396.60 | FA |
| refund of overpayment by UPS, after revision of invoice. | | | | | |

LFORM1
**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

Ver: 22.02b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit 8

Case No: 816-72767   LAS   Judge: LOUIS A. SCARCELLA
Case Name: HI-TEMP SPECIALTY METALS, INC.

Trustee Name: ALLAN B. MENDELSOHN
Date Filed (f) or Converted (c): 10/26/16 (c)
341(a) Meeting Date: 11/23/16
Claims Bar Date: 03/02/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18. OTHER MISCELLANEOUS - Collateral Carve-out (u) | 0.00 | 0.00 | | 10,000.00 | FA |
| collateral carve-out payment from secured creditor pursuant to CH11 financing agreement and August 5, 2016 order | | | | | |
| 19. CAUSE OF ACTION - Directors and Officers (u) | 0.00 | 0.00 | | 975,000.00 | FA |
| D & O Litigation (Adv. Pro. No. 17-8216) settled for $975,000.00 pursuant to January 25, 2018 Stipulation - with court approval per order dated June 21, 2018 | | | | | |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $27,501,545.21 | $27,401,872.25 | | $1,010,221.26 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigated for equity/liens in business operated by Debtor and for meritorious grounds to pursue prosecution of preference/frudulent conveyance, and other causes of action, against related and non-related business entities which entered into various types of transactions with the Debtor. Litigation was commenced against Directors and Officers of the Debtor, and was settled for $975,000.00 per order dated June 21, 2018. Litigation was commenced against Wells Fargo Bank, N.A. to avoid its liens. That action was referred to mediation in Spring 2018. Lien litigation was settled by Stipulation dated May 15, 2018 and approved by order dated June 12, 2018.

Initial Projected Date of Final Report (TFR): 12/31/18     Current Projected Date of Final Report (TFR): 12/31/18

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | |
|---|---|
| Case No: | 816-72767 -LAS |
| Case Name: | HI-TEMP SPECIALTY METALS, INC. |
| Taxpayer ID No: | 22-3696285 |
| For Period Ending: | 11/18/19 |

| | |
|---|---|
| Trustee Name: | ALLAN B. MENDELSOHN |
| Bank Name: | Empire National Bank |
| Account Number / CD #: | *******7217  Checking Account |
| Blanket Bond (per case limit): | $ 69,289,805.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/04/17 | 7 | CNA Worldwide Operations<br>333 S. Wabash Ave., 19th Floor<br>Chicago, IL  60604-4107 | INSURANCE PREMIUM REFUND<br>proceeds from closure of insurance account #3028305701 | 1121-000 | 24,824.66 | | 24,824.66 |
| 04/21/17 | 17 | UPS<br>1335 Northmeadow Parkway<br>Suite 119<br>Roswell, GA  30076 | REFUND OF OVERPAYMENT<br>refund of overpayment, after revision of invoice. | 1290-000 | 396.60 | | 25,221.26 |
| * 06/19/17 | 000101 | Wells Fargo Bank, National Association<br>c/o Otterbourg, P.C.<br>Attn: Jonathan N Helfat, Esq.<br>230 Park Avenue<br>New York, NY  10169 | INSURANCE PREMIUM REFUND<br>payment pursuant to June 15, 2017 order | 4210-000 | | 25,221.26 | 0.00 |
| * 06/20/17 | 000101 | Wells Fargo Bank, National Association<br>c/o Otterbourg, P.C.<br>Attn: Jonathan N Helfat, Esq.<br>230 Park Avenue<br>New York, NY  10169 | INSURANCE PREMIUM REFUND<br>Reversed to re-issue in correct dollar amount - $24,824.66 | 4210-000 | | -25,221.26 | 25,221.26 |
| 06/20/17 | 000102 | Wells Fargo Bank, National Association<br>c/o Otterbourg, P.C.<br>Attn: Jonathan N Helfat, Esq.<br>230 Park Avenue<br>New York, NY  10169 | INSURANCE PREMIUM REFUND<br>payment pursuant to June 15, 2017 order | 4210-000 | | 24,824.66 | 396.60 |
| 09/05/17 | 18 | Wells Fargo Bank, NA<br>550 S 4th Street, MAC N9310-074<br>Minneapolis, MN  55415 | LITIGATION SETTLEMENT PROCEEDS<br>Carve-out payment by secured creditor pursuant to CH11 financing agreement and August 5, 2016 order | 1221-000 | 10,000.00 | | 10,396.60 |
| 12/28/17 | 000103 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET - SUITE 420<br>NEW ORLEANS, LA  70139 | TRUSTEE BOND<br>2018  EDNY Ch7 Trustee Blanket Bond Premium<br>Bond # 016027942 | 2300-000 | | 3.07 | 10,393.53 |

Page Subtotals    35,221.26    24,827.73

Ver: 22.02b

LFORM24  **UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 816-72767 -LAS | Trustee Name: | ALLAN B. MENDELSOHN |
|---|---|---|---|
| Case Name: | HI-TEMP SPECIALTY METALS, INC. | Bank Name: | Empire National Bank |
| | | Account Number / CD #: | *******7217  Checking Account |
| Taxpayer ID No: | 22-3696285 | | |
| For Period Ending: | 11/18/19 | Blanket Bond (per case limit): | $ 69,289,805.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/01/18 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 15.45 | 10,378.08 |
| 03/01/18 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 13.93 | 10,364.15 |
| 03/12/18 | 000104 | NEW YORK STATE CORPORATION TAX<br>NYS DEPT. OF TAXATION & FINANCE<br>CORP-V<br>P.O. BOX 15163<br>ALBANY, NY  12212-5163 | TAX PAYMENT<br>EIN: 22-3696285<br>2017 CT-200-V / CT3 | 2820-000 | | 25.00 | 10,339.15 |
| 04/02/18 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 15.39 | 10,323.76 |
| 05/01/18 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 14.85 | 10,308.91 |
| 06/01/18 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 15.32 | 10,293.59 |
| 07/02/18 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 14.81 | 10,278.78 |
| 07/23/18 | 19 | National Union Fire Insurance Co.<br>of Pittsburgh | Full settlement payment pursuant to January 25, 2018 Stipulation - with court approval pursuant to order dated June 21, 2018 | 1249-000 | 975,000.00 | | 985,278.78 |
| 07/24/18 | 000105 | Wells Fargo Bank, N.A.<br>c/o Otterbourg, P.C.<br>Attn: Jonathan N. Helfat, Esq.<br>230 Park Avenue<br>New York, NY  10169 | LIEN PAYMENT<br>pursuant to May 15, 2018 Stipulation and June 12, 2018 order | 4210-000 | | 438,507.50 | 546,771.28 |
| 07/24/18 | 000106 | BRAGAR EAGEL & SQUIRE, P.C.<br>885 Third Avenue, Suite 3040<br>New York, NY  10022 | ATTORNEY FEES<br>pursuant to order dated June 7, 2018 | 3210-600 | | 324,967.50 | 221,803.78 |
| 07/24/18 | 000107 | BRAGAR EAGEL & SQUIRE, P.C.<br>885 Third Avenue, Suite 3040<br>New York, NY  10022 | ATTORNEY EXPENSES<br>pursuant to order dated June 7, 2018 | 3210-600 | | 11,525.00 | 210,278.78 |
| 07/24/18 | 000108 | POLLACK & FLANDERS, L.L.P.<br>20 Park Plaza, Suite 605<br>Boston, MA  02116 | ATTORNEY FEES<br>pursuant to order dated June 7, 2018 | 3210-600 | | 66,660.00 | 143,618.78 |
| 07/24/18 | 000109 | POLLACK & FLANDERS, L.L.P. | ATTORNEY EXPENSES | 3220-610 | | 11,692.55 | 131,926.23 |

Page Subtotals        975,000.00        853,467.30

Ver: 22.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 816-72767 -LAS | Trustee Name: | ALLAN B. MENDELSOHN |
|---|---|---|---|
| Case Name: | HI-TEMP SPECIALTY METALS, INC. | Bank Name: | Empire National Bank |
|  |  | Account Number / CD #: | *******7217  Checking Account |
| Taxpayer ID No: | 22-3696285 |  |  |
| For Period Ending: | 11/18/19 | Blanket Bond (per case limit): | $ 69,289,805.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  | 20 Park Plaza, Suite 605 | pursuant to order dated June 7, 2018 |  |  |  |  |
|  |  | Boston, MA  02116 |  |  |  |  |  |
| 08/01/18 |  | Empire National Bank | BANK SERVICE FEE | 2600-000 |  | 436.00 | 131,490.23 |
| 09/04/18 |  | Empire National Bank | BANK SERVICE FEE | 2600-000 |  | 195.43 | 131,294.80 |
| 10/01/18 |  | Empire National Bank | BANK SERVICE FEE | 2600-000 |  | 188.88 | 131,105.92 |
| 10/03/18 | 000110 | Department of the Treasury | TAX PAYMENT | 2810-000 |  | 54.00 | 131,051.92 |
|  |  | Internal Revenue Service Center | Tax ID No.: 22-3696285 |  |  |  |  |
|  |  | Cincinnati, OH  45999-0012 | 2018 Form 1120 |  |  |  |  |
| 10/03/18 | 000111 | NEW YORK STATE CORPORATION TAX | TAX PAYMENT | 2820-000 |  | 41.00 | 131,010.92 |
|  |  | PROCESSING UNIT | EIN: 22-3696285 |  |  |  |  |
|  |  | P.O. BOX 15181 | 2017 Form CT-3 |  |  |  |  |
|  |  | ALBANY, NY  12212-5181 |  |  |  |  |  |
| 11/01/18 |  | Empire National Bank | BANK SERVICE FEE | 2600-000 |  | 194.79 | 130,816.13 |
| 01/03/19 | 000112 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND | 2300-000 |  | 41.19 | 130,774.94 |
|  |  | ONE SHELL SQUARE | Chapter 7 Blanket Bond - EDNY |  |  |  |  |
|  |  | 701 POYDRAS STREET - SUITE 420 | Bond No. 016027942 |  |  |  |  |
|  |  | NEW ORLEANS, LA  70139 |  |  |  |  |  |
| 08/05/19 | 000113 | NEW YORK STATE CORPORATION TAX | TAX PAYMENT | 2820-000 |  | 5.00 | 130,769.94 |
|  |  | NYS DEPT. OF TAXATION & FINANCE | 2017  FORM  CT-3M |  |  |  |  |
|  |  | CORP-V | EIN: 22-3696285 |  |  |  |  |
|  |  | P.O. BOX 15163 |  |  |  |  |  |
|  |  | ALBANY, NY  12212-5163 |  |  |  |  |  |
| 08/05/19 | 000114 | NEW YORK STATE CORPORATION TAX | TAX PAYMENT | 2820-000 |  | 7.00 | 130,762.94 |
|  |  | NYS DEPT. OF TAXATION & FINANCE | 2018  FORM  CT-3M |  |  |  |  |
|  |  | CORP-V | EIN: 22-3696285 |  |  |  |  |
|  |  | P.O. BOX 15163 |  |  |  |  |  |
|  |  | ALBANY, NY  12212-5163 |  |  |  |  |  |
| 08/05/19 | 000115 | NEW YORK STATE CORPORATION TAX | TAX PAYMENT | 2820-000 |  | 25.00 | 130,737.94 |
|  |  | NYS DEPT. OF TAXATION & FINANCE | 2019  FORM  CT-3 |  |  |  |  |
|  |  | CORP-V | EIN: 22-3696285 |  |  |  |  |

| | | Page Subtotals | 0.00 | 1,188.29 |
|---|---|---|---|---|

Ver: 22.02b

Case 8-16-72767-las    Doc 284    Filed 12/30/19    Entered 12/30/19 14:19:56

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 816-72767 -LAS | Trustee Name: | ALLAN B. MENDELSOHN |
|---|---|---|---|
| Case Name: | HI-TEMP SPECIALTY METALS, INC. | Bank Name: | Empire National Bank |
| | | Account Number / CD #: | *******7217  Checking Account |
| Taxpayer ID No: | 22-3696285 | | |
| For Period Ending: | 11/18/19 | Blanket Bond (per case limit): | $ 69,289,805.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 08/05/19 | 000116 | P.O. BOX 15163<br>ALBANY, NY  12212-5163<br>NEW YORK STATE CORPORATION TAX<br>NYS DEPT. OF TAXATION & FINANCE<br>CORP-V<br>P.O. BOX 15163<br>ALBANY, NY  12212-5163 | TAX PAYMENT<br>2019  FORM  CT-3M<br>EIN: 22-3696285 | 2820-000 | | 7.00 | 130,730.94 |
| 10/29/19 | 000117 | ROSEN & KANTROW, PLLC<br>38 New Street<br>Huntington, NY  11743 | ATTORNEY FEES<br>pursuant to order dated October 29, 2019 | 3210-000 | | 31,058.13 | 99,672.81 |
| 10/29/19 | 000118 | ROSEN & KANTROW, PLLC<br>38 New Street<br>Huntington, NY  11743 | ATTORNEY EXPENSES<br>pursuant to order dated October 29, 2019 | 3220-000 | | 3,259.83 | 96,412.98 |
| 10/29/19 | 000119 | CITRIN COOPERMAN & CO., LLP<br>131 SUNNYSIDE BLVD., SUITE 110<br>PLAINVIEW, NY  11803 | ACCOUNTANT FEES<br>pursuant to order dated October 29, 2019 | 3410-000 | | 28,891.28 | 67,521.70 |
| 10/29/19 | 000120 | ALLAN B. MENDELSOHN<br>38 NEW STREET<br>HUNTINGTON, NY  11743 | Chapter 7 Compensation/Fees | 2100-000 | | 46,688.16 | 20,833.54 |
| 10/29/19 | 000121 | ALLAN B. MENDELSOHN<br>38 NEW STREET<br>HUNTINGTON, NY  11743 | Chapter 7 Expenses | 2200-000 | | 31.82 | 20,801.72 |
| 10/29/19 | 000122 | United States Trustee<br>Long Island Federal Courthouse<br>560 Federal Plaza<br>Central Islip, NY 11722 | Claim 000028, Payment 88.90% | 2950-000 | | 20,801.72 | 0.00 |

Page Subtotals          0.00          130,737.94

Ver: 22.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 17)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 816-72767 -LAS | | Trustee Name: | ALLAN B. MENDELSOHN |
| Case Name: | HI-TEMP SPECIALTY METALS, INC. | | Bank Name: | Empire National Bank |
| | | | Account Number / CD #: | *******7217  Checking Account |
| Taxpayer ID No: | 22-3696285 | | | |
| For Period Ending: | 11/18/19 | | Blanket Bond (per case limit): | $ 69,289,805.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |
|---|---|---|---|---|
|  | COLUMN TOTALS |  | 1,010,221.26 | 1,010,221.26 | 0.00 |
|  | Less:  Bank Transfers/CD's |  | 0.00 | 0.00 | |
|  | Subtotal |  | 1,010,221.26 | 1,010,221.26 | |
|  | Less:  Payments to Debtors |  |  | 0.00 | |
|  | Net |  | 1,010,221.26 | 1,010,221.26 | |
|  |  |  |  | NET | ACCOUNT |
|  | TOTAL - ALL ACCOUNTS |  | NET DEPOSITS | DISBURSEMENTS | BALANCE |
|  | Checking Account - ********7217 |  | 1,010,221.26 | 1,010,221.26 | 0.00 |
|  |  |  | ----------------------- | ----------------------- | ----------------------- |
|  |  |  | 1,010,221.26 | 1,010,221.26 | 0.00 |
|  |  |  | ============= | ============= | ============= |
|  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 22.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*